UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sahil Patel )
Petitioner )
)
)
v. ) Case No. 1:14-cr-00158-01
)
)
United States of America )
Respondent )
)

PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO
FILE MEMORANDUM AND BRIEF AND NOTIFICATION OF NEW ADDRESS

Comes now, petitioner Sahil Patel, pro se and without the benefit of counsel with this request for a further extension of time to file his memorandum and brief relating to his 28 USC 2255 Motion to Vacate, and to notify this Honorable Court of his new prison address as shown at the end of this motion where it has been signed.

Petitioner advises this court that in the process of being moved from Fort Dix at the beginning of May, 2019 and the six weeks it took to complete the transfer to Moshannon Valley, the majority of his papers have failed to arrive at the new prison and enquiries as to the whereabouts of the papers and documents have proved fruitless. This has left the petitioner in the position where a great deal of correspondence with his prior counsel must now be recovered by other means which he has now started. Petitioner prays that this Honorable Court will accept these as 'good cause' grounds for an extension for which he requests a further 90 days which should be a sufficient period of time.

(1)

Petitioner also requests a copy of the docket sheet for both the criminal case and the civil action as these have also gone missing. He cannot recall whether a separate case number has been issued for the Motion to Vacate.

Petitioner prays that this Honorable Court will grant the relief he now seeks and awaits the order together with the docket sheets as requested. Petitioner also respectfully reminds this court of his new address as detailed below.

Respectfully submitted,

_____ / 8/18/19
Sahil Patel          Date
Reg. No. 71079-066
Moshannon Valley C.C.
555 Geo Drive
Philipsburg, PA 16866

Sahil Patel
Reg. No. 71079-066
Moshannon Valley C.C.
555 Geo Drive
Philipsburg, PA 16866

RECEIVED
2019 AUG 22 PM 1:26
CLERK'S OFFICE
S.D.N.Y.

US District Court for the Southern
District of New York,
Daniel Patrick Moynihan US Courthouse,
40 Foley Square,
New York, NY 10007

JOHNSTOWN PA 159
19 AUG 2019 PM 2 T

Criminal
CC


