United States District Court
Southern District of New York

United States

v.

Sahil Patel

Docket No. 1:14 CR.000158J 01

Motion for compassionate Release Pursuant 18 U.S.C C.1.A.i

COMES NOW, SAHIL PATEL, herein after Petitioner , and respectfully
moves this hnorable court to modify his sentence and immediately
release him  to home confinement  and a period of supervised
release Pursuant to 18 U.S.C. 3582 c.1.A.i. The Unprecedented ,
emergent, and growing risk of COVID-19  could not have been
foreseen at sentencing , and poses extraordinary risks to
Petitioner's health and indeed his life.
Petitioner is 41 years old man Who suffers from Back disk degenerarion
"lower Back disk" , hypertension due to sporadic anxiety , skin
level tuberculosis. The following psychological issues were
identified within the sentencing proceedings : Petitioner has been
diagnosed to be schizophrenia , manic depression , false sense
of reality , daily hallucinations , Vertigo,  bipolar depression.
All of these conditions were attributed to an insatiable desire
for drugs and alchohol. Unfortunately MVCC cannot provide fair
or even an adequate treatment to address Petitioner's needs.
In  fact as included in the exhibits , Petitioner has repeatedly
asked for Medication he was previously prescribed , WellButrin 60mg
and to his dismay the MVCC medical stuff ackowledged  they are
understuffed due to the influx  of COVID 19 cases at the facility
in addition to tl'e staff member admitted she did not know when
Petitioner would aBle to be provided the medication needed but rather
suggested Remron, and alternate drug , in which petitioner declined
due to severe adVerse effects when Previously used. Petitioner
despairately needs to seek Professional help in which he was
Previosuly given by  his PriVate physician and psychiatrist.

Petitioner has ascertained  that he has contracted COVID 19 for the simple fact the closed dormitory living conditions that Petitioner resides in has been on hightened COVID 19 protocol lockdown since the November 19, 2020 whereby eight inmates within the same POD  collapsed and tested positive for COVID 19.
Whatsmore, one out of the eight positive tested is in critical care at an external hospital unfortunately on life support and in a comma. All 69 inmates displayed symptoms of fever , dizzyness, loss of appetite, however it was not afforded  COVID 19 test.
The CDC has recently declared one of the post COVID 19 consequence, for males over the age of 40 which Petitioner is , 41, is a hightened risk of blot clotting. MVCC has acknowledged this to all positive tested COVID 19 inmates. This potential blood clotting issue  coupled with Petitioner's degenerate lower back disk condition makes for a potential deadly outcome.  The fact of the matter is Petitioner already has two blot clots which has not been addressed by MVCC medical petitioner has not been in 80mg of econtrin daily, which other inmates with the same condition have been prescribed Petitioner fears for his life, and justifiably so.

## Procedural History

Petitioner was charged in Violation of 18:1951 , Conspiracy to commit extortion , 18:371, 912 , Conspiracy to impersonate a federal officer and 18:1349 and 1343 conspiracy to commit wire fraud.
Petitioner was sentenced to 151 months in Prison and 3 years term of supervision.
Petitioner took immediate responsibility by accepting a plea agreement. He has also fullfilled all the recomendations from the court, including drug treatment through the BOP non residential drug and alchohol program, criminal behavior. Petitioner ackowledges his psychologal deficiency  and wishes to continue to seek professional treatment.

Since Petitioner's incarceration Petitioner has Voluntarily
completed numerous BOP courses. These include life skills ,
parenting , NRDAP, drug awareness program , BOP college guild ,
business administration , supply chain and delivery , commerce
and trade, international business law.
Petitioner wishes to return to native country and will not fight
any deportation attempts. As already stated in the exhibit - compassionate
release to Warden , Petitioner has immediate access to employment
support and medical help upon arrival in India.
Petitioner has a strong family foundation to continue his rehabilitation
and integration back into and as a contributing member of society.
Petitioner would conclude reiterating the simple fact that MVCC GEO
cannot provide a safe environment for him .
Petitioner is no longer afraid of contracting COVID 19 as he already has
asymptomatically , however he fears now for the post COVID related
consequences. He was left along with the rest 68 inmates to recover by
them selves due to the unrighten MVCC policy of herd inmunity which
indeed is Very cruel and unusual Punishment.  This was not the intent
of honorable Judge Hellerstein when sentenced Petitioner.
Petitioner was supposed to face an incarceration sentence for
rehabilitation purposes, not a death sentence or worse , daily
psychological torture of not knowing who will be the next to die,or
he will even survive to see his family again.

Conclusion

For the  reasons set herein , and the current elevated crisis
facing America, specifically in the Prison system , Petitioner
believes  the relieves and remedies as outlined in the attorney
General's memorandum , of April 2020, are applicable to him
for compassionate release with immediate deportation to his
country , as he has served 55.3 percent of his statutory sentence,
he is not affiliated with any gangs,  Petitioner is considerably
older now from when the original date of offense and has matured
in his behavior and thought process of been a contributing member
to society. Petitioner humbly requests the court considers and grants
this Petition for compassionate release and - or apply all
applicable releaves and remedies in which the court is aware
and well versed in.

Respectfully submitted this 20th day of December  2020.


By: _____

SAHIL PATEL
BOP # 71079066, MVCC
555 GEO DRIVE
Philipsburg, PA, 16866

Under the First Step Act , this Court has broad authority to
determine whether extraordinary and compelling circumstances exist
to modify petitioner's sentence and release him to home confinement.
This motion is ripe because Petitioner requested relief more than
30 days ago.

The First Stept Act , expressly permits Petitioner to move this court
to reduce his term of imprisonment and seek compassionate release.
See 18 U.S.C. § 3583(c)(1)(A)(i).

Under normal circumstances , a Petitioner can seek recourse through
the courts after either (1) the Federal Bureau of Prisons (BOP)
declines to file such a motion on his behalf ; or (2) there has
been a lapse of 30 days from the Warden's receipt of the Petitioner's
request, whichever is earlier.Id.

Petitioner transmitted requests  for compasisonate release to the
Warden at Moshannon Valley Correctional Institute . See Exhibit(s)
Petitioner has exhausted the administrative process.


There are extraordinary and compelling circumstances to grant
this request.

After exhausting the administrative process or the lapse of 30
days , " a court may then reduce the term of imprisonment " after
finding that extraordinary and compelling reasons warrant such a
reduction and such a reduction is consistent with applicable
policy statements issued by the sentencing commission. United States
v. Ebbers, 02 Cr. 1144 (VEC), 2020 WL 91399, at *4, Dkt. No. 384
(S.D.N.Y. Jan 8, 2020). In making such a decision , a court must
also consider the sentencing factors set forth in section 3553(a)
to the extend that they are applicable Id. (quoting 18 U.S.C. §(c)(1)(A)).
The sentencing commission does not constraint the court's independent
assessment of whether extraordinary and compelling reasons warrant
a sentence reduction in light of the First Step Act's amendments.
United States v. Beck 13, Cr. 186, 2019 WL 2716505, at *5-6
(M.D.N.C. June 28, 2019); See also Ebbers, 2020 WL 91399, at *4.
Indded the district courts themselves have the power to determine
what constitute extraordinary and compelling reasons  for compassionate
release.  United States v. Young , 00 Cr. 02, 2020 WL 1047815,
at *6 (M.D.Tenn. Mar. 4, 2020) (finding the legislative history
of 18 U.S.

of 18 U.S.C. § 3582(c)(1)(A) indicates that lawmakers  thought that
extraordinary and compelling reasons for a sentence reduction
should not be limited to medical condition , age, and family
circumstances  and granting compassionate release. )
The United States Sentencing guidlines Application Notes to Section
1B.13 describe four potential extraordinary and compelling reasons,
United States v. Venice, 17 Cr. 89 (CS), Dkt. No. 1009 (S.D.N.Y.
May  7, 2020); See U.S.S.G. § 1B.13, cmt, n.t(A)-(D), including  a
catch all fourth category.
- Other reasons - As determined  by the Director of the bureau of
Prisons, there exists in the Petitioner's case an extraordinary
and compelling reason than, or in combination  with, the reasons
described in subdivisions (A) through (C).
U.S.S.G. § 1B.13. cmt. n.1(D). Like the defendant in Venice, supra,
Petitioner does not suggest he meets any of the first three categories
, but argues that the risk the corona virus pandemic poses to one
with his conditions meets the fourth category.
Many courts have consider granting compassionate release during the
instant pandemic. See, e.g United States v. Knox, 15 Cr.  445
(PAE), Dkt. No. 1088 (S.D.N.Y. Apr 10, 2020), ; United States v. Resnick,
12 Cr. 152 (CM), Dkt.  no.  461 (S.D.N.Y. Apr, 2, 2020);
United States v. Perez,  17 Cr. 513 (AT), Dkt No. 98 (S.D.N.Y. Apr, 1
, 2020);  United States v. Sawicz, 08 Cr. 287 (ARR), 2020, WL 1815851
(E.D.N.Y. Apr. 10, 2020); United States v. Field, 18 Cr. 426 (JPO)
Dkt. No. 38 (S.D.N.Y. Apr. 6, 2020); United States v. Musumeci,
07 Cr. 402 (RMB), Dkt. No. 58 (S.D.N.Y. Apr. 28 2020);
United States v. Fazio,  11 Cr. 873(ER), Dkt. No. 329 (S.D.N.Y. May
15, 2020).


## Jail is not a safe place for petitioner


The COVID-19 pandemic is extraordinary and unprecedented  in
modern times in  this nation. It presents a clear and present danger
to free society for reasons that need no elaboration.
United States v. Hernandez, 18 Cr. 834 (PAE), 2020 WL 1684062,
at *3 (S.D.N.Y. Apr. 2, 2020). COnfined to a small cell where
social distancing  is impossible Petitioner and inmates like
him cannot protect them selves from the spread of a dangerous

and highly contagious virus. United States v. Perez , 17 Cr. 513
(AT), 2020 WL 1546422, at *4 (S.D.N.Y. Apr. 1, 2020). Effective
and social distancing in most facilities is virtually impossible
and crowding  problems are often compounded  by inaquate sanitation
such as lack of hand sanitizer or sufficient opportunities to
wash hands. See  Exhibit - Affidavit from Brie Williams, M.D.
Conditions of confinement create an ideal environment for the
transmission of highly contagious diseases like COVID-19  See id.
("Because inmates live in close quarters, there is an extraordinary
high risk of accelerated  transmission  of COVID-19  within jails
and prisons.
Inmates share small cells , eat together and use the same bathrooms
and sinks... They are not given tissues or sufficient hygiene supplies.
In jails the probability of transmission of potentially pathogenic
organisms is increased by crowding , delays in medical evaluation
and treatment, rationed access to soap, water, and clean laundry
and insufficient infection control expertise. See Joseph A. Blick
(2007). Infection control in Jails and Prisons . Clinical
infectious Diseases 45(8):1047-1055, at https://academic.oup.com/
cid/article/45/8/1047/344842.
As the pandemic has persisted , jails officials have exposed the
insufficiency of protective measures in federal facilities
accross the country. For example the Warden at FCI Fort Dix said :
"Social distancing is not possible at this environment. (See A.C.L.U
of New Jersey , Press release, availabe at https://aclu-nj.org/
news/2020/05/04/medically-vulnerable-people -federal-prison-file-
class-action.
At FCI Ray Brook, the head of the correctional workers union said:
The measures put in place are nothing more than an attempt to
appear that we are addressing the issues, while in reality we are
doing nothing. See* James Weldon, Correctional Officers' Union
Sounds the Alarm, Adirondack Daily Enterprise (Mar. 24, 2020)
available at https://www.adirondackdailyenterprise.com/opinion/
guest-commentary/2020/03/correctional officers-union-at-fci-ray-
brook-sounds-the alarm/.
In the community where FCC Lompoc is located, the mayor stated that
the spread of COVID-19 in the community is largely due to the

prison and could have been curbed if prison leaders acted sooner
and were more transparent.  See Kimberly Kindy, et al.,
These towns love their federal prison. But COVID-19 is straining
their relationship.  The Washingotn Post, May 9, 2020, available
at  https://www.washingtonpost.com/national/these-towns-love-
their-federal-prison-but-covid-19-is-st raining-their-relationship/
2020/05/08/68e93702-9084-11-ea-9e23-6914ee410a5f_story.html.
Petitioner is housed at a GEO facility which is run by the same
GEO Group that :
1. Was found in 2013 guilty of "Doctoring its own Wikipedia Page".
2. Has been classified by the A.C.L.U. as "Prison profiteers"
3. GEO secretly banned COVID-19 testing thus makes them complicit
in the policy of endangering Inmates health and well being.
4. The A.C.L.U. in a recent filing against GEO California found
that GEO when  considering releasing an inmate striken with
cancer was on the record of saying "...but he is not dying fast enough,
to warrant a dire situation. "
5. In 2018 it was found "ICE contactor (GEO) scares activists with
legal  threats in an effort to cover up misdoings.  - Source: A.C.L.U.
6. In a recent interview with the A.C.L.U. it was a general consensus
among inmates at GEO "They dont care if you die".
 There is a significant reason to believe that the number of positive
cases reported in federal prisons are artificially low.
If the prisons are not testing people , they cannot say whether or
not the virus is under control. Indeed the BOP facilities at Oakdale
, Elkton, and Butner all posted low numbers shortly before inmates
started dying; There are over  21 deaths among these facilities
alone Id.
As a private fecility , Moshannon Valley is far more of a black
box regarding the information that is made available to the
public.  Unlike BOP facilities accross the country , Moshannon Valley
does not post its statistics on the BOP website , tallying
rates  of infection and death. Nor to date, is anyone aware of any
independent inspections or litigation regarding the conditions there.
At the GEO facility in Queens , NEW York, GEO has tested only 44
inmates and 39 of them were positive. The actual rates might be even
higher. That is a rate of 89 percent. There were also 30 positive

staff members.
GEO Queens medical team is severely understaffed. There is only one
physician , Dr. Sajjad Mohammad, and one Registered Nurse (RN)
on staff, both of whom visit the facility infrequently .
Currently , only one health professional - a licenced practical
Nurse (LPN) - visits the facility  on a daily basis. The LPN
makes only cursory rounds to hand out pre-prescribed medication
, take temperatures, and monitor high risk and COVID-19 positive
inmates. Inmates are left alone with  no medical monitoring for many
hours at a time and there are no medical staff onsite at the facility
at night. Moreover, because the LPNs are not licenced to prescribe
medications or perform medical procedures, inmates who are experiencing
symptoms of COVID-19 , but who have not been tested, cannot obtain
needed medications or treatment. Given the current conditions
at GEO Queens , it is likely that the majority of the inmate
population has been exposed to COVID-19 but who have not been tested
cannot obtain treatment.
Given that they run by the same company , logic dictates that
Moshannon Valley C.I. may have similar medical staffing shortcomings.
Moshannon Valley C.I. has at least three staff members tested
positive.
As of October 25 2020, Unit A was placed on a strict lockdown
by fear of COVID-19 outbreak, while the remaining compound inmates
are kept in the dark without any updates.
When queried by any inmates about anything COVID-19 related the
the Unit Manager responded faciciosuly " I did not know that we
now house Dr. Fauci's here ".
So the statistics that Moshannon Valley (if any) publishes are
misleading. There has been no testing to any inmates for COVID-19.
Courts have repeatedly discounted the government's reliance on a
rate of zero in the absence of widespread or any testing. Petitioner
urges the court to do the same.
Another Court has recently granted a compassionate release petition
for a defendant who was also serving time at Moshannon Valley C.I.
See. United States v. Molina Acevedo, 18 Cr. 365(LGS), 2020 WL
3182770 (S.D.N.Y. June 15, 2020). In that case, Judge Schofield
credited the defendant's description of the living situation at the

the facility. Id. at *3 ("a Unit with seventy four inmates who share three toilets and showers, a single sink to wash their hands, and four or five other sinks for washing personal items.
Also , Petitioner want to bring to Court's attention the fact that an additional layer of quarantine was implemented due to a severe varicella outbreak . During this heightened period of uncertainty which caused severe angst to the inmates the facility blocked the ability to change  weekly linen that was afforded to the inmates which resulted in a three week fermentation of the virus in the pod.  To underscore this point the mental anguish in which the inmates faced was monumental to say  the least. Daily sick calls to the prison psychiatrist  increased seven fold  due to the stress and anxiety increase.
The deplorable confined conditions the inmates face include make shift Gyms in the toilets , Christian bible studies in the limited shower stalls, petitioner asks the court to imagine to have seventy four grown men living in a thousand square foot area. The previous referenced Gym facility and bible study facility in toilets ans shower stalls may seem laughable to some but it is the harsh reality behind the veiled doors of GEO Moshannon Valley.
On October 30, 2020 the curtains used to partition the three toilets were inexplicably removed in the wee hours of the morning.  To the dismay and shagrin to the inmates who awoke to use the gentlemen's convinience as part of the morning routine, there were shocked and dishearten to come to the realization that they would have to use the toilet "for number 2 purposes" (using the prison Jargon) in full view of the entire dorm, and while other inmates where brushing their teeth less than one foot away and using the microwave less than 6 feet away to make their morning breakfast. This is not humane conditions.
Also, as of three months ago there were 6125 federal inmates and 700 BOP staff members that have tested positive for COVID-19.

On November 4 2020, at 09:20 am , The Facility Administrator
L.J.Oddo escorted by United Manager D. Jones announced at Charlie
Unit that 4 staff members have been tested positive for COVID.
To this date no widespread Inmate testing has been conducted.
So up to this date, nobody has any idea how many inmates have been
tested.

The chances that there actually no people (inmates) with COVID-19
at Moshannon Valley are very slim. For example the federal prisons
In California , finally engaged in a widespread testing, and they
found 70 percent of the population at Lompoc and 65 percent of
the population at FCI terminal island were positive for COVID-19.
In Pennsylvanis where Moshannon Valley is located there are at
least 75,800 cases of coronavirus  and at least 7,000 deaths.
See Pennsylvania Department of Health website , available at
https://health.pa.gov/topics/disease/coronavirus/Pages/Cases.aspx.
The virus has specifically arrived at Clearfield county , where
Moshannon Valley C.I. is located. That the virus has entirely spared
the facility (or that it will continue to) ignores our collective
experience during this global pandemic. See United States v. Pagliuca
17 Cr. 432(CS), Dkt. No. 63 (S.D.N.Y. May 18, 2020) (holding that
despite there being no positive cases yet at FCI Fort Dix  low
security  prison facility , "that reduces the risk to Defendant,
although of course the situation could change at any time , and
of course anyone in an institution where social distancing is not
possible - be it a prison or a nursing home - is by definition increased
risk"). Of course the danger during this pandemic is that safety
today does not guarantee safetytomorrow.  Thus a number of courts
have ordered compassionate release for high risk prisoners
in prisons including Moshannon Valley C.I  see United States v.
Molina Acevedo, 18 Cr. 365(LGS) , 2020 WL 3182770 (S.D.N.Y. June
15, 2020) and United States v. Frometa Hernandez (N.Y.S.D.),
See UNited States v. Asaro, 17 Cr. 127 (ARR), 2020 WL 1899221
at * 6 (E.D.N.Y) Apr, 17, 2020) (granting compassionate release
because although there were no confirmed cases of COVID-19
at Springfield (prison  were the defendant was housed ) I cannot
conclude that no cases are in fact present without assurances
that the BOP is routinely testing everyone within the facility ).

United States v. Pabon, 17. Cr. 165 Dkt. No. 118 (E.D. Pa. ,
May 4, 2020) (granting compassionate release because if the Court
waits to act until BOP confirms its first case of COVID-19
at Lewisburg, it may be toolate for vulnerable inmates like the
defendant , and the courtis not willing to take that risk)
United States. V. Fazio, 11 Cr. 873(ER). Dkt. No. 329
(S.D.N.Y May 15, 2020)granting compassionate release for a defendant
at FCI Fort Dix low facility); United States v. Pagliuca,
17 Cr. 432 (CS), Dkt. No. 63 (S.D.N.Y. May 18, 2020) (same);
United States v. Joel Prado, 13Cr. 811 (ALC), Dkt. No. 722
(S.D.N.Y. Apr. 30, 2020) (Granting compassionate release for a
defendant at FCI Schuylkill; United States v. Ozols, 16 Cr.
692 (JMF), Dkt. No. 488 (S.D.N.Y. Jun 2, 2020) (granting
compassionate release for a defendant at FSL Jessup).


**Petitioner's Immigration detainer is not Disqualifying.**

The Warden at Moshannon Valley CI based his denial  of Petitioner's
request for compassionate release on the fact that Petitioner
is a deportable alien and because Immigration and customs Enforcement
(ICE) has lodged a detainer for deportation proceedings.
See Exhibit - Warden's Response and Administrative Process
Therefore the Warden writes that Petitioner is ineligible for
community programs to include halfway house , home confinement
and compassionate release.
This stated bar however does not appear in 18 U.S.C § 3582 nor does
it appear as a bar in the applicable Bureau of Prisons program
statement. Unresolved detainers fall into the category of
circumstances that should be considered along with the nature
and circumstances of the offense, criminal history, supervised
released violations, among many other factors. See Programs
statement 5050.50 at p.12 available at  https://www.bop.gov/policy
/progstat/5050_050_EN.pdf.
The program statement cautions that all detainers and holds should
be resolved prior to the Warden's submission of a case ; If a
detainer cannot be resolved , then an explanation is needed. Id.
at p.13. Thus, under BOP's own criteria , the detainer is simply

one factor in the Warden's consideration that requires comment
if unresolved. It is not disqualifying.

Moreover, the Warden's view, leaves Petitioner in a catch-22.
He notes that if a decision is made in regards to Petitioner's
deportation status and he is determined to be not deportable
the inmate becomes eligible for those programs.  In other
words, in the Warden's view, the first step here is for ICE
to determine whether Petitioner is deportable. If not, he will be
eligible for community based programs, and so could be granted release.
But ICE will make no deportability determination until after
Petitioner is released from federal criminal custody.

(indeed that is the purpose of a detainer: ICE notifies the prison
that it would like an opportunity  to process him before is
release to community). Thus Petitioner is being told that he
cannot get ealry release because ICE has a hold- and the decision
about that hold cannot be made until he is released.  Such a paradaox
should not limit Petitioner's eligibility for release during a
global pandemic.  The detainer simply protects ICE's opportunity
to process Petitioner after thefederal criminal justice system
is finished with him. Here, Petitioner encourages the court
to finish with him immediately.

Exhibit - Affidavit of Dr. Brie Williams

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                        :
                                                        :
                                                        :
                                                        :
APPLICATION FOR RELEASE FROM                            :   AFFIDAVIT OF BRIE WILLIAMS,
CUSTODY                                                 :   M.D.
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - -   X
```

I, Brie Williams, hereby affirm as follows:

      1.    I am a doctor duly licensed to practice medicine in the State of California.

      2.    I am currently a Professor of Medicine at the University of California, San Francisco ("UCSF") in the Geriatrics Division, Director of UCSF's Amend: Changing Correctional Culture Program, as well as Director of UCSF's Criminal Justice & Health Program. In that capacity, my clinical research has focused on improved responses to disability, cognitive impairment, and symptom distress in older or seriously ill prisoners; a more scientific development of compassionate release policies; and a broader inclusion of prisoners in national health datasets and in clinical research. I have developed new methods for responding to the unique health needs of criminal justice-involved older adults—including an evidence-based approach to reforming compassionate release policies and the design of a new tool to assess physical functioning in older prisoners. I was previously a consultant for the California Department of Corrections and Rehabilitation, as well as for other state prison systems.

      3.    I have extensive experience working with vulnerable populations, in particular the incarcerated and the elderly.

4.    I submit this affidavit in support of any defendant seeking release from custody during the COVID-19 pandemic, so long as such release does not jeopardize public safety and the inmate can be released to a residence in which the inmate can comply with CDC social distancing guidelines.  The statements in this affidavit are based only on the current state of emergency and the circumstances described below.

**The Risk of Infection and Accelerated Transmission of COVID-19 within Jails and Prisons is Extraordinarily High.**

5.    Prisons and jails are not actually isolated from our communities: hundreds of thousands of correctional officers and correctional healthcare workers enter these facilities every day, returning to their families and to our communities at the end of their shifts, bringing back and forth to their families and neighbors and to incarcerated patients any exposures they have had during the day.  Access to testing for correctional staff has been "extremely limited," guards have reported a "short supply" of protective equipment, and prisons are not routinely or consistently screening correctional officers for symptoms.[1]

6.    The risk of exposure is particularly acute in pre-trial facilities where the inmate populations shift frequently.[2]  For example, despite the federal government's guidance to stay

---

[1] Keegan Hamilton, *Sick Staff, Inmate Transfers, and No Tests: How the U.S. Is Failing Federal Inmates as Coronavirus Hits*, Vice (Mar. 24, 2020), https://www.vice.com/en_ca/article/jge4vg/sick-staff-inmate-transfers-and-no-tests-how-the-us-is-failing-federal-inmates-as-coronavirus-hits.

*See also* Daniel A. Gross, *"It Spreads Like Wildfire": The Coronavirus Comes to New York's Prisons,* The New Yorker (Mar. 24, 2020), https://www.newyorker.com/news-desk/it-spreads-like-wildfire-covid-19-comes-to-new-yorks-prisons; Josiah Bates, *'We Feel Like All of Us Are Gonna Get Corona.' Anticipating COVID-19 Outbreaks, Rikers Island Offers Warning for U.S. Jails, Prisons*, Time (Mar. 24, 2020), https://time.com/5808020/rikers-island-coronavirus/; Sadie, Gurman, *Bureau of Prisons Imposes 14-Day Quarantine to Contain Coronavirus*, WSJ (Mar. 24, 2020), https://www.wsj.com/articles/bureau-of-prisons-imposes-14-day-quarantine-to-contain-coronavirus-11585093075; Cassidy McDonald, *Federal Prison Workers Say Conflicting Orders on Coronavirus Response Is Putting Lives at Risk*, CBS News (Mar. 19, 2020), https://www.cbsnews.com/news/coronavirus-prison-federal-employees-say-conflicting-orders-putting-lives-at-risk-2020-03-19/.

[2] Emma Grey Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*, Wired (Mar. 24, 2020), https://www.wired.com/story/coronavirus-covid-19-jails-prisons/.

2

inside and many states' stay-in-place orders, many prosecutors are still arresting individuals and seeking detention.[3] Pre-trial detention facilities are still accepting new inmates who are coming from communities where COVID-19 infection is rampant. As of today's date, the Bureau of Prisons is still moving inmates from facility to facility, including prisoners in New York.[4]

7.　Because inmates live in close quarters, there is an extraordinarily high risk of accelerated transmission of COVID-19 within jails and prisons. Inmates share small cells, eat together and use the same bathrooms and sinks. They eat together at small tables that are cleaned only irregularly. Some are not given tissues or sufficient hygiene supplies.[5] Effective social distancing in most facilities is virtually impossible, and crowding problems are often compounded by inadequate sanitation, such as a lack of hand sanitizer or sufficient opportunities to wash hands.[6]

**Inmate Populations Also Have the Highest Risk of Acute Illness and Poor Health Outcomes if Infected with COVID-19.**

8.　There are more than 2.3 million people incarcerated in the United States[7]

---

[3] Stephen Rex Brown, *'Business as Usual' For Federal Prosecutors Despite Coronavirus, Nadler Writes, Calling for Release of Inmates*, N.Y. Daily News (Mar. 20, 2020), https://www.nydailynews.com/new-york/ny-nadler-doj-inmates-20200320-d6hbdjcuj5aitppi3ui2xz7tjy-story.html.

[4] Courtney Bublé, *Lawmakers, Union Urge Halt to All Prison Inmate Transfers*, Government Executive (Mar. 25, 2020), https://www.govexec.com/management/2020/03/lawmakers-union-urge-halt-all-prison-inmate-transfers/164104/; Hamilton, *Sick Staff, Inmate Transfers*; Luke Barr, *Despite Coronavirus Warnings, Federal Bureau of Prisons Still Transporting Inmates*, ABC News (Mar. 23, 2020),https://abcnews.go.com/Health/warnings-bureau-prisons-transporting-inmates-sources/story?id=69747416.

[5] Justine van der Leun, *The Incarcerated Person Who Knows How Bad It Can Get*, Medium (Mar. 19, 2020), https://gen.medium.com/what-its-like-to-be-in-prison-during-the-coronavirus-pandemic-1e770d0ca3c5 ("If you don't have money, you don't have soap or tissues."); Keri Blakinger and Beth Schwartzapfel, *How Can Prisons Contain Coronavirus When Purell Is a Contraband?*, ABA Journal (Mar. 13, 2020), https://www.abajournal.com/news/article/when-purell-is-contraband-how-can-prisons-contain-coronavirus.

[6] Rosa Schwartzburg, *'The Only Plan the Prison Has Is to Leave Us To Die in Our Beds'*, The Nation (Mar. 25, 2020), https://www.thenation.com/article/society/coronavirus-jails-mdc/.

[7] Kimberly Kindy *et al.*, *'Disaster Waiting to Happen': Thousands of Inmates Released as Jails and Prisons Face Coronavirus Threat*, Washington Post (Mar. 25, 2020), https://www.washingtonpost.com/national/disaster-waiting-to-happen-thousands-of-inmates-released-as-jails-face-coronavirus-threat/2020/03/24/761c2d84-6b8c-11ea-b313-df458622c2cc_story.html.

approximately 16% of whom are age 50 or older.[8]  The risk of coronavirus to incarcerated seniors

is high.  "Their advanced age, coupled with the challenges of practicing even the most basic disease

prevention measures in prison, is a potentially lethal combination."[9]  To make matters worse,

correctional facilities are often ill-equipped to care for aging prisoners, who are more likely to

suffer from chronic health conditions than the general public.

9.      An estimated 39-43% of all prisoners, and over 70% of older prisoners, have at

least one chronic condition, some of the most common of which are diabetes, hypertension, and

heart problems.[10] According to the CDC, each of these conditions—as well as chronic bronchitis,

emphysema, heart failure, blood disorders, chronic kidney disease, chronic liver disease, any

condition or treatment that weakens the immune response, current or recent pregnancy in the last

two weeks, inherited metabolic disorders and mitochondrial disorders, heart disease, lung disease,

and certain neurological and neurologic and neurodevelopment conditions[11]—puts them at a

"high-risk for severe illness from COVID-19."[12]

---

[8] Brie Williams *et al.*, *Strategies to Optimize the Use of Compassionate Release from US Prisons*, 110 AJPH S1, S28 (2020), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305434; Kimberly A. Skarupski, *The Health of America's Aging Prison Population*, 40 Epidemiologic Rev. 157, 157 (2018), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5982810/.

[9]  Weihua Li and Nicole Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*, The Marshall Project (Mar. 19, 2020), https://www.themarshallproject.org/2020/03/19/this-chart-shows-why-the-prison-population-is-so-vulnerable-to-covid-19.

[10] Brie A. Williams *et al.*, *How Health Care Reform Can Transform the Health of Criminal Justice-Involved Individuals*, 33 Health Affairs 462-67 (2014), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4034754/; Brie A. Williams *et al.*, *Coming Home: Health Status and Homelessness Risk of Older Pre-release Prisoners*, 25 J. Gen. Internal Med. 1038-44 (2010), *available at* https://link.springer.com/content/pdf/10.1007/s11606-010-1416-8.pdf; Laura M. Maruschak *et al.*, *Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12*, U.S. Dept of Justice (Oct. 4, 2016), at 5, *available at* https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf.

[11] Harvard Health Publishing, *Coronavirus Research Center*, Harvard Medical School (Mar. 25, 2020), https://www.health.harvard.edu/diseases-and-conditions/coronavirus-resource-center.

[12] Centers for Disease Control and Prevention, *Coronavirus Disease 2019: People Who Are at Higher Risk*, https://www.cdc.gov/coronavirus/2019-ncov/specific-groups/people-at-higher-risk.html (last updated Mar. 22, 2020).

10.     However, even many young federal prisoners suffer from asthma, rendering them also very vulnerable to coronavirus.[13]

11.     But it is not only the elderly, or those with preexisting medical conditions that are at risk of coronavirus in a correctional setting.  As of March 23, 2020, New York City reported that "[p]eople ranging in ages from 18 to 44 have accounted for 46 percent of positive tests."[14] Across the United States, 38% of those hospitalized are between the ages of 20 and 54 and 12% of the intensive care patients are between 20 and 44.[15]

12.     This data is of particular concern for inmate populations, since prisoners' physiological age *averages 10 to 15 years older* than their chronological age.[16]  Therefore, the consensus of those who study correctional health is that inmates are considered "geriatric, by the age of 50 or 55 years."[17]  It is not clear that prison health care administrations are taking accelerated ageing into account when determining the eligibility criteria for age-related screening tools and medical care protocols for coronavirus, potentially leaving large swathes of the prison population at risk.[18]

---

[13] Laura Maruschak, *Medical Problems of Jail Inmates*, Dep't of Justice (Nov. 2006), at p. 2, *available at* https://www.bjs.gov/content/pub/pdf/mpji.pdf.

[14] Kimiko de Freytas-Tamura, *20-Somethings Now Realizing That They Can Get Coronavirus, Too*, N.Y. Times (Mar. 23, 2020), https://www.nytimes.com/2020/03/23/nyregion/nyc-coronavirus-young.html.

[15] *Id.*

[16] Brie A. Williams *et al.*, *Aging in Correctional Custody: Setting a Policy Agenda for Older Prisoner Health Care*, 102 Am. J. Public Health 1475-81 (2012), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3464842/; *see also* Brie Williams *et al.*, *Detained and Distressed: Persistent Distressing Symptoms in a Population of Older Jail Inmates*, 64 J. Am. Geriatrics Soc. 2349-55 (2016), https://onlinelibrary.wiley.com/doi/pdf/10.1111/jgs.14310 ("For example, older jail inmates with an average age of 60 in this study reported poor or fair health [and] chronic lung disease . . . at rates similar to those reported by community-based lower income older adults with an average age of 72.").

[17] Brie A. Williams *et al.*, *The Older Prisoner and Complex Chronic Medical Care* 165-70 in World Health Organization, *Prisons and Health* (2014), https://pdfs.semanticscholar.org/64aa/10d3cff6800ed42dd152fcf4e13440b6f139.pdf.

13.      In one study, we found that inmates who died in hospitals were, on average, nearly two decades younger than non-incarcerated decedents, had significantly shorter hospitalizations, and had higher rates of several chronic conditions including cancer, liver disease and/or hepatitis, mental health conditions, and HIV/AIDS."[19]

**The Entire Community is at Risk If Prison Populations Are Not Reduced**

14.      As the World Health Organization has warned, prisons around the world can expect "huge mortality rates" from Covid-19 unless they take immediate action including screening for the disease.[20]

15.      As of March 24, 2020, at least 38 people involved in the New York City correctional system have tested positive for Covid-19.[21]  Already, three inmates and three staff at federal correctional facilities across the United States have tested positive for the coronavirus, according to the Federal Bureau of Prisons.[22]

16.      Jails and prisons are fundamentally ill-equipped to handle a pandemic.

17.      Medical treatment capacity is not at the same level in a correctional setting as it is in a hospital.  Some correctional facilities have no formal medical ward and no place to quarantine

---

[18] Brie A. Williams *et al.*, *Differences Between Incarcerated and Non-Incarcerated Patients Who Die in Community Hospitals Highlight the Need For Palliative Care Services For Seriously Ill Prisoners in Correctional Facilities and in Community Hospitals: a Cross-Sectional Study*, 32 J. Pallitive Med. 17-22 (2018), *available at* https://journals.sagepub.com/doi/pdf/10.1177/0269216317731547.

[19] *Id.* at 20.

[20] Hannah Summers, *'Everyone Will Be Contaminated': Prisons Face Strict Coronavirus Controls*, The Guardian (Mar. 23, 2020), https://www.theguardian.com/global-development/2020/mar/23/everyone-will-be-contaminated-prisons-face-strict-coronavirus-controls.

[21] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons.*

[22] Ryan Lucas, *As COVID-19 Spreads, Calls Grow to Protect Inmates in Federal Prisons*, NPR (Mar. 24, 2020), https://www.npr.org/sections/coronavirus-live-updates/2020/03/24/820618140/as-covid-19-spreads-calls-grow-to-protect-inmates-in-federal-prisons.

sick inmates, other than the facilities' Special Housing Unit (SHU).[23] While the cells in the SHU have solid doors to minimize the threat of viral spread in otherwise overcrowded facilities, they rarely have intercoms or other ways for sick inmates to contact officers in an emergency.[24] This is particularly dangerous for those with COVID-19 infection since many patients with COVID-19 descend suddenly and rapidly into respiratory distress.[25]

18.    Even those facilities that do have healthcare centers can only treat relatively mild types of respiratory problems for a very limited number of people.[26] This means that people who become seriously ill while in prisons and jails will be transferred to community hospitals for care. At present, access to palliative care in prison is also limited.

19.    Corrections officers may also be particularly vulnerable to coronavirus due to documented high rates of diabetes and heart disease.[27] Prison staff in Pennsylvania, Michigan, New York and Washington state have tested positive for the virus, resulting in inmate quarantines. In Washington, D.C., a U.S. marshal who works in proximity to new arrestees tested positive for the virus, meaning dozens of defendants headed for jail could have been exposed.[28] In New York,

---

[23] MCC New York COVID 19 Policy Memo, Mar. 19, 2020, https://www.documentcloud.org/documents/6818073-MCC-New-York-COVID-19-Policy-Memo.html; Danielle Ivory, *'We Are Not a Hospital': A Prison Braces for the Coronavirus*, N.Y. Times (Mar. 17, 2020), https://www.nytimes.com/2020/03/17/us/coronavirus-prisons-jails.html.

[24] Brie Williams *et al.*, *Correctional Facilities in the Shadow of COVID-19: Unique Challenges and Proposed Solutions*, Health Affairs (Mar. 26, 2020), https://www.healthaffairs.org/do/10.1377/hblog20200324.784502/full/.

[25] Lizzie Presser, *A Medical Worker Describes Terrifying Lung Failure From COVID-19–Even in His Young Patients*, ProPublica (Mar. 21, 2020), https://www.propublica.org/article/a-medical-worker-describes--terrifying-lung-failure-from-covid19-even-in-his-young-patients.

[26] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*; Li and Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*.

[27] Brie Williams, *Role of US-Norway Exchange in Placing Health and Well-Being at the Center of US Prison Reform*, https://ajph.aphapublications.org/doi/10.2105/AJPH.2019.305444 (published Jan. 22, 2020).

[28] Zusha Elinson and Deanna Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*, WSJ (Mar. 22, 2020), https://www.wsj.com/articles/jails-release-prisoners-fearing-coronavirus-outbreak-11584885600 ("We're all headed for some dire consequences," said Daniel Vasquez, a former warden of San Quentin and Soledad state prisons in

236 members of the New York Police Department have tested positive for coronavirus and 3,200 employees are sick, triple the normal sick rate.[29]  Two federal prison staffers have also tested positive.[30]

20.     For this reason, correctional health is public health. Decreasing risk in prisons and jails decreases risk to our communities.

21.     Reducing the overall population within correctional facilities will also help medical professionals spread their clinical care services throughout the remaining population more efficiently.   With a smaller population to manage and care for, healthcare and correctional leadership will be better able to institute shelter in place and quarantine protocols for those who remain. This will serve to protect the health of both inmates as well as correctional and healthcare staff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: San Francisco, California
      March 27, 2020

Dr. Brie Williams

---

California. "They're in such close quarters—some double- and triple-celled—I think it's going to be impossible to stop it from spreading.").

[29] Erin Durkin, *Thousands of NYPD Officers Out Sick Amid Coronavirus Crisis*, Politico (Mar. 25, 2020), https://www.politico.com/states/new-york/albany/story/2020/03/25/thousands-of-nypd-officers-out-sick-amid-coronavirus-crisis-1268960.

[30] Elinson and Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*.

Exhibit -  Administrative Remedy

Administrative Remedy
Step 2 – Response

Date Filed:  November 30, 2020          Remedy ID No.:  MVCF-2020-2-096

Inmate Name: Sahil Patel                Reg. No.:  71079-066

This is in response to your Step 2 Administrative Remedy received December 2, 2020, in which you request a Compassionate Release.

A thorough review of your request was completed.  At present, your information reveals that you have a detainer. During the designation process, the Bureau of Prisons, Designation and Sentence Computation Center, applied the Public Safety Factor of Deportable Alien, due to your citizenship to India. Immigration and Customs Enforcement Officials lodged a detainer on November 2, 2015, for deportation proceedings.

According to Program Statement 5050.50, all detainers and holds should be resolved. Due to this information, you appear ineligible for a compassionate release at this time.

You have exhausted all of your Administrative Remedies at this level.

12/7/20
Date:              Angela Dunbar, Director of Operations



**The GEO Group, Inc.**

Correctional Programs
Administrative Remedies

# MOSHANNON VALLEY CORRECTIONAL CENTER
## Step 2 Administrative Remedy Form
## Paso 2 Forma De Remedio Administrativo

| Name:<br>Nombre: SAHIL PATEL | BOP Number:<br>BOP Numero: 71079066 |
|---|---|
| Date:<br>Fecha: NOV 25 2020 | Housing Assignment:<br>Unidad Asignada: C5   11LOW |

### FOR OFFICIAL USE ONLY – PARA USO OFICIAL SOLAMENTE

| Date Received:<br>11-30-2020 | Remedy #:<br>2020-2-096 | Date Due:<br>12-30-2020 |
|---|---|---|

### Complaint – Reclamo

Describe your complaint in the section below. Be as concise as possible, but be sure to include enough identifying data to assist in a thorough investigation (e.g. dates, names, locations, times, etc...) Attach one (1) additional page if necessary and the Informal Resolution Form and Step 1 response with any other supporting documentation.

Describe su telaino en la seccion de abajo. Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc...) Agregue una pagina si es necesario.

> By this I would like to appeal the Warden's decision to
> deny my request for compassionate Release.

| Inmate Signature | Nov 25 2020 |
|---|---|
| | Date |



**The GEO Group, Inc.**

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** Warden L. J Oddo

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Please find attached memorandum for Compassionate release Motion
pursuant 18 U.S.C. § 3624 or release pursuant to 18 U.S.C. §3582
(c)(1)(A)(i) for inmate Sahil Patel # 71079-066

**(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)**
**(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)**

**NAME/NOMBRE:** Sahil Patel          **No./Numero:** 71079-066

**CASE MANAGER:** Hertlein          **DATE:** Nov-10-2020

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** Pro ED          **UNIT/UNIDAD:** C5 11L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

**DISPOSITION:** (DO NOT WRITE IN THIS SPACE)
**DATE/FECHA:** 11/23/2020
**DISPOSICION:** (NO ESCRIBA EN ESTE ESPACIO)

*Please see attached response.*

Officer/Official

IM-004 ATTACHMENT A

Warden : L.J. oddo
Facility Administrator
Moshannon Valley
555 GEO  Drive
Philipsburg, PA, 16866

Date: Nov-12-2020

Re: Request for Compassionate Release to Home Confinement
under 18 U.S.C. § 3624, or release pursuant to 18 U.S.C.
§3582(c)(1)(A)(i) for inmate Sahil Patel , BOP# 71079-066.

Dear Warden,

I hereby request that you grant me compassionate release from
imprisonment pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i) for
extraordinary and compelling reasons , or that you transfer me
to home confinement for the rest of my sentence pursuant to
18 U.S.C. §(c)(2), section 12003(b)(2) of the CARES Act, and
Attorney General's Barr April 3, 2020 Memorandum for the Director
of Prisons "Increasing the Use of Home confinement at Institutions
most affected by COVID-19.
Generally Applicable support for my request is outlined below.
In addition the following factors specific to me demonstrate
that I should be granted Compassionate release.

1. COVID-19 has been detected at Moshannon Valley Correctional
   Center.

2. I am over the age of 40 (42 years old).

3. I have the following medical conditions that place me at heighted
risk for infection or severe illness, according to the centers for
disease control and prevention  (CDC).

      i. Psychosis / depression

      ii. Sporadic Siatica disc pain (lower back)

I take the following medications or have taken the following to
treat the conditions noted above :

      i. Wellbutrin (600 mg)-manage depression
        (At MDC Brrooklyn and Fort DIX )

      ii. Ibuprufin - 600 mg On demand to manage back pain

     iii. MVCC Medical suggested the use of Remron , psych med
        however i previously declined due to psychosis effects
        I recently reconsidered and informed medical via cop-out
        to continue medication as prescribed.

iv. According to MVCC Medical I have been diagnosed as potential hight risk for diabetes stage I.

I am also at a disadvantage due to my family hereditary medical history. Both my mother and father side of the family has a long history of strokes and aneurism , cardiac infraction (heart attack) diabetes, extreme high cholesterol and hypertension. The other factors to consider in this request are :

i. My criminal history includes no allegation, charges, no convictions including violence

ii. This is my first only and last federal incarceration

iii. I have had no disciplinary infractions

iv. I have in an effort and recognized need to make my self better spiritually , mentally, and physically in the following BOP and external programs. NRDAP (non Residential Drug and Alchohol Program) , stress reduction program, advanced physics theory, health education, creative writing, entrepeneurship and business manufacturing.

Compassionate release / transfer to home confinement also is more likely to decrease my risk of contracting COVID-19 as I would be residing with my mother and father at :

7 , Tejenora Apt , 17 Swaminarayn Colony, Shelat Bhuvan, Maninahar Ahmd. dabad 38008, Gujarat , India.

You will note that the addreess i intend to residing in in India. I recognize that I do have a detainer and I do not wish to contest dispute or fight the removal proceedings. It is my desire to return to my native country. I will be able to support my self financially during home confinement / release with the assistance of my family who has multiple businesses that are immidiately available for me to join. More specifically my family pharma business.My family is extremely stable and has lived at the current dwelling for the past 30 years.

I will be able to obtain private health insurance to take care of all my medical needs as well as my long time private psychiatrist now resides in Gujarat, India and I will be able to seek treatment for my severe psychological issues.

I outlined previously criterion in which compasionate release or home confinement should be granted. To further bolster this point I would like to bring to your attention the additional facts.

i. I was not convicted of a violent crime, sex offence or offence related to terrorism.

ii. As you know MVCC, is considered and classified as "minimum security facility".

iii. It is my understanding my "Pattern" risk assessment is considered one of the lowest assessments and is considered minimum.

I humbly request that you consider all these factors in the granting compassionate release / transfer home confinement.

Respectfully,

by: _____ 71079-066

Sahil Patel
BOP # 71079-066, MVCC
555 GEO Drive
Philipsburg, PA, 16866



Secure Services™

November 19, 2020

Inmate:    Patel, Sahil
Reg. No.:  71079-066

**GEO Secure Services™**
**Moshannon Valley Correctional Facility**
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

www.geogroup.com

Re:    Inmate Request to Staff requesting Consideration of Compassionate Release/Reduction in Sentence and/or Home Confinement.

I write in response to the Compassionate Release/Reduction in Sentence and/or Home Confinement Request received November 17, 2020. A review of the request has been completed pursuant to Bureau of Prisons Program Statement 5050.50 dated January 17, 2019, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§ 3582 and 4202(g)</u>.

After careful review of your request, it appears that you are ineligible based on the requirements for consideration set forth by the Bureau of Prisons.

**Detainer Status:** Yes or No – If an inmate has an ICE Detainer or the Public Safety Factor of Deportable Alien, the inmate is ineligible for community based programs to include halfway house, home confinement, and compassionate releases; however, if a decision is made in regards to his deportation status and he is determined to be not deportable, the inmate becomes eligible for those programs.

The following section would need to be filled out on all eligible cases:

*Twelve (12) month institutional history:*
  N/A

*Verifiable release plan:*
  N/A

*Offense History:*
  N/A

*Security Level of Facility:*
  N/A



*Secure Services™*

**PATTERN Score:**
  N/A

**Age and vulnerability of the inmate to COVID-19, in accordance with the CDC Guidelines:**
  N/A

**Other Factors:**
During the designation process, the Bureau of Prisons, Designation and Sentence Computation Center, applied the Public Safety Factor of Deportable Alien, due to your citizenship to India. Immigration and Customs Enforcement Officials lodged a detainer on November 2, 2015. A decision by immigration officials in regards to your deportation status remains pending and you must be made available for IHP processing before the Executive Office of Immigration Review.

Given the above factors, it does not appear that you are eligible for Compassionate Release or Home Confinement. This recommendation is non-final and may be appealed thru the Bureau of Prisons Administrative Remedy Procedures outlined in the Inmate Admission and Orientation Handbook.

It should also be noted that we are following the CDC and Bureau of Prisons Guidelines for social distancing, sanitation, education, screening of staff and inmates, and quarantine, as well as established universal precautions to every extent possible.

Sincerely,

I. J. Oddo
Facility Administrator


cc:       SSIM
          Contracting Officer

EXHIBIT - Sentence Computation and MVCC Inmate record

```
MVCCX  540*23  *          SENTENCE MONITORING          *      11-04-2020
PAGE 001         *          COMPUTATION DATA            *      09:04:43
                                AS OF 11-04-2020
```

REGNO..: 71079-066 NAME: PATEL, SAHIL

```
FBI NO...........: 106085FB2          DATE OF BIRTH: 03-21-1979  AGE:  41
ARS1.............: MVC/A-DES
UNIT.............: UNIT C              QUARTERS.....: C05-011L
DETAINERS........: YES                 NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 11-25-2025

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-25-2026 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1: 14 CR.000158-01(A
JUDGE..........................: HELLERSTEIN
DATE SENTENCED/PROBATION IMPOSED: 07-08-2015
DATE COMMITTED..................: 08-25-2015
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $400.00        $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $6,122.60

REMARKS.......: 1: 14 CR.000158-01(AKH)

----------------------CURRENT OBLIGATION NO: 010 --------------------------
```
OFFENSE CODE....:  540    18:1951 RACKETEER, VIOLENCE
OFF/CHG: 18:1951 CONSPIRACY TO COMMIT EXTORTION (CT. 1) 18:371 & 912
         CONSPIRACY TO IMPERSONATE A FEDERAL OFFICER (CT. 2)
         18:1349 & 1343 CONSPIRACY TO COMMIT WIRE FRAUD (CT. 3)
```

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:  151 MONTHS
TERM OF SUPERVISION............:    3 YEARS
DATE OF OFFENSE................: 11-30-2013
```


G0002       MORE PAGES TO FOLLOW . . .

```
  MVCCX  540*23  *            SENTENCE MONITORING        *      11-04-2020
PAGE 002           *            COMPUTATION DATA          *      09:04:43
                                AS OF 11-04-2020


REGNO..: 71079-066 NAME: PATEL, SAHIL



------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  160     18:1028 FRAUD IDENTITY THEFT
OFF/CHG: 18:1028A & 2 AGGRAVATED IDENTITY THEFT (CT.4)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
  TERM OF SUPERVISION............:     1 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 010
  DATE OF OFFENSE................: 11-30-2013

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-08-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-04-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-08-2015
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   175 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    14 YEARS      7 MONTHS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 11-30-2013

JAIL CREDIT.....................:  FROM DATE      THRU DATE
                                   12-18-2013     07-07-2015








G0002       MORE PAGES TO FOLLOW . . .
```

```
   MVCCX  540*23 *          SENTENCE MONITORING          *      11-04-2020
PAGE 003           *          COMPUTATION DATA            *      09:04:43
                                AS OF 11-04-2020


REGNO..: 71079-066 NAME: PATEL, SAHIL


TOTAL PRIOR CREDIT TIME.........: 567
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 787
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 05-25-2026
ELDERLY OFFENDER TWO THIRDS DATE: 09-10-2023
EXPIRATION FULL TERM DATE.......: 07-20-2028
TIME SERVED.....................:      6 YEARS      10 MONTHS      18 DAYS
PERCENTAGE OF FULL TERM SERVED..: 47.1
PERCENT OF STATUTORY TERM SERVED: 55.3


PROJECTED SATISFACTION DATE.....: 05-25-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 9-25-15: COMP ENTERED. D/DMR
               8-19-19: GCT UPDT D/SYT.




G0002        MORE PAGES TO FOLLOW . . .
```

```
MVCCX  540*23 *            SENTENCE MONITORING           *    11-04-2020
PAGE 004 OF 004 *           COMPUTATION DATA             *    09:04:43
                            AS OF 11-04-2020
```

REGNO..: 71079-066 NAME: PATEL, SAHIL


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 11-02-2015
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: VARRICK NY, DOCKET CONTROL OFFICE
CHARGES......: PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN






G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
   MVCCX           *       INMATE DISCIPLINE DATA         *      11-04-2020
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD    *      09:05:07


REGISTER NO: 71079-066 NAME..: PATEL, SAHIL
FUNCTION...: PRT          FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 11-04-2020
```

```
G5463          NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```

```
   MVCCX          *        PUBLIC INFORMATION        *      11-04-2020
PAGE 001          *           INMATE DATA            *      09:05:31
                              AS OF 11-04-2020
```

REGNO..: 71079-066 NAME: PATEL, SAHIL

```
                  RESP OF: MVC
                  PHONE..: 814-768-1200     FAX: 814-342-5900
                                            RACE/SEX...: ASIAN/PAC.ISL. / MALE
                                            AGE:  41
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 05-25-2026                     PAR HEAR DT:
```

G0002       MORE PAGES TO FOLLOW . . .

```
         MVCCX              *      PUBLIC INFORMATION        *      11-04-2020
       PAGE 002             *         INMATE DATA            *      09:05:31
                                  AS OF 11-04-2020
```

REGNO..: 71079-066 NAME: PATEL, SAHIL

                        RESP OF: MVC
                        PHONE..: 814-768-1200    FAX: 814-342-5900
HOME DETENTION ELIGIBILITY DATE: 11-25-2025

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-25-2026 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1: 14 CR.000158-01(A
JUDGE...........................: HELLERSTEIN
DATE SENTENCED/PROBATION IMPOSED: 07-08-2015
DATE COMMITTED..................: 08-25-2015
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:    $400.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $6,122.60


-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   540    18:1951 RACKETEER, VIOLENCE
OFF/CHG: 18:1951 CONSPIRACY TO COMMIT EXTORTION (CT. 1) 18:371 & 912
         CONSPIRACY TO IMPERSONATE A FEDERAL OFFICER (CT. 2)
         18:1349 & 1343 CONSPIRACY TO COMMIT WIRE FRAUD (CT. 3)

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   151 MONTHS
   TERM OF SUPERVISION............:     3 YEARS
   DATE OF OFFENSE................: 11-30-2013

G0002       MORE PAGES TO FOLLOW . . .

```
  MVCCX            *      PUBLIC INFORMATION      *     11-04-2020
  PAGE 003         *         INMATE DATA          *     09:05:31
                          AS OF 11-04-2020


  REGNO..: 71079-066 NAME: PATEL, SAHIL

                     RESP OF: MVC
                     PHONE..: 814-768-1200    FAX: 814-342-5900
  ------------------------CURRENT OBLIGATION NO: 020 -------------------------
  OFFENSE CODE....: 160      18:1028 FRAUD IDENTITY THEFT
  OFF/CHG: 18:1028A & 2 AGGRAVATED IDENTITY THEFT (CT.4)


     SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
     SENTENCE IMPOSED/TIME TO SERVE.:   24 MONTHS
     TERM OF SUPERVISION............:    1 YEARS
     RELATIONSHIP OF THIS OBLIGATION
       TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 010
     DATE OF OFFENSE................: 11-30-2013


  ------------------------CURRENT COMPUTATION NO: 010 -------------------------


  COMPUTATION 010 WAS LAST UPDATED ON 08-08-2019 AT DSC AUTOMATICALLY
  COMPUTATION CERTIFIED ON 09-04-2019 BY DESIG/SENTENCE COMPUTATION CTR

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  CURRENT COMPUTATION 010: 010 010, 010 020


  DATE COMPUTATION BEGAN..........: 07-08-2015
  AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
  TOTAL TERM IN EFFECT............:  175 MONTHS
  TOTAL TERM IN EFFECT CONVERTED..:   14 YEARS      7 MONTHS
  AGGREGATED TERM OF SUPERVISION..:    3 YEARS
  EARLIEST DATE OF OFFENSE........: 11-30-2013

  JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                      12-18-2013    07-07-2015
```

```
  G0002        MORE PAGES TO FOLLOW . . .
```

```
   MVCCX            *        PUBLIC INFORMATION        *      11-04-2020
PAGE 004 OF 004 *              INMATE DATA            *      09:05:31
                           AS OF 11-04-2020


REGNO..: 71079-066 NAME: PATEL, SAHIL

                   RESP OF: MVC
                   PHONE..: 814-768-1200    FAX: 814-342-5900
TOTAL PRIOR CREDIT TIME.........: 567
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 787
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 05-25-2026
ELDERLY OFFENDER TWO THIRDS DATE: 09-10-2023
EXPIRATION FULL TERM DATE.......: 07-20-2028
TIME SERVED.....................:        6 YEARS     10 MONTHS     18 DAYS
PERCENTAGE OF FULL TERM SERVED..: 47.1
PERCENT OF STATUTORY TERM SERVED: 55.3


PROJECTED SATISFACTION DATE.....: 05-25-2026
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

Case 1:14-cr-00158-AKH   Document 93   Filed 01/04/21   Page 42 of 58

```
  MVCCX            *       INMATE EDUCATION DATA    *      11-04-2020
PAGE 001 OF 001 *               TRANSCRIPT         *      09:05:48


REGISTER NO: 71079-066      NAME..: PATEL               FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: MVC-MOSHANNON VALLEY CI


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
MVC  ESL HAS    ENGLISH PROFICIENT       08-27-2015 1900 CURRENT
MVC  GED XN     EXEMPT GED NON-PROMOTABLE 08-27-2015 1900 CURRENT


-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION              START DATE  STOP DATE EVNT AC LV   HRS
MVC         L-PUZZLE CHALLENGE LOCK DOWN 04-07-2020 06-30-2020  P  C  P    1
MVC         MANUFACTURING BUSINESS 1ST   01-07-2020 03-25-2020  P  C  P   48
MVC         BEGIN BUSINESS STRATEGIES 1ST 01-08-2020 03-25-2020 P  C  P   12
BRO M       HEALTH EDUCATION PROGRAM     07-09-2018 08-06-2018  P  C  P   10
BRO M       ENTREPRENEURSHIP             11-13-2017 12-30-2017  P  C  P   24
BRO M       YOGA/STRESS REDUCTION PRGM   08-13-2016 09-05-2016  P  C  P   10
FTD GP      ADVANCED PHYSICS THEORY      10-05-2015 12-21-2015  P  C  F   16
FTD GP      ACE CLASS IN CREATIVE WRITING 10-06-2015 12-22-2015 P  C  F    6




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# MALE PATTERN RISK SCORING

| Register Number: | 71079-066 | Date: | 6/4/2020 |
|---|---|---|---|
| Inmate Name: | Patel, Sahil | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** 41-50 Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | **14** | 8 | **8** |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** No | No | 0 | **0** | 0 | **0** |
| | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** Yes | No | 0 | **5** | 0 | **5** |
| | Yes | 5 | | 5 | |
| **4. Criminal History Points** 0 - 1 Points | 0 - 1 Points | 0 | | 0 | |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | **0** | 8 | **0** |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** None | None | 0 | | 0 | |
| | > 10 Years Minor | 2 | **0** | 1 | **0** |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** None | None | 0 | | 0 | |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | **0** | 3 | **0** |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** Not Enrolled | Not Enrolled | 0 | | 0 | |
| | Enrolled in GED | -2 | **0** | -1 | **0** |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** No Need | No DAP Completed | 0 | | 0 | |
| | NRDAP Complete | -3 | **-9** | -1 | **-3** |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports   (120 months)** 0 | 0 | 0 | | 0 | |
| | 1 | 1 | **0** | 1 | **0** |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports  (120 months)** 0 | 0 | 0 | | 0 | |
| | 1 | 2 | **0** | 2 | **0** |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** 12+ months or no incidents | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 2 | **0** | 1 | **0** |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** 12+ months or no incidents | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 1 | **0** | 2 | **0** |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| **13. FRP Refuse** NO | NO | 0 | **0** | 0 | **0** |
| | YES | 1 | | 1 | |
| **14. Programs Completed** 2 - 3 | 0 | 0 | | 0 | |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | **-4** | -2 | **-2** |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** 0 Programs | 0 Programs | 0 | | 0 | |
| | 1 Program | -1 | **0** | -1 | **0** |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | **6** | Violent: | **8** |
| **General/Violent Risk Levels** | | General: | Minimum | Violent: | Minimum |
| **OVERALL MALE PATTERN RISK LEVEL** | | | **Minimum** | | |

EXHIBIT - Medical Records



**The GEO Group, Inc.**

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: ~~Psd~~ Psych / Medical
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:   STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
           AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
RAZON:     ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
           ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

*I was previously on Wellbutrin (600 mg) at the BOP & to manage my existing psych condition. I would like to restart as I feel it would help.*

*Thank you in advance*

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Sahil Patel          No./Numero: 710 79066

CASE MANAGER: Mr Hertlien          DATE: Nov 10/20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: Pro - Ed   UNIT/UNIDAD: CS-11L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

*You will be scheduled for a follow up mental health appointment to discuss this.*

A. Smith, LPC
MVCF

Officer/Official          11-16-20

IM-004 ATTACHMENT A   RECEIVED 11-12-20





COPIED
11-5-20
MB

The GEO Group, Inc.

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: *Medical*

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:  STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE.  (GIVE DETAILS)

RAZON:  ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO.  (DAR DETALLES)

*Please provide my Complete Medical file.*

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: *PATEL, SAHIL*          No./Numero: *71079-066*

CASE MANAGER: *Mr Hertlien*          DATE: *Nov 2/20*

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: *Pro-ED*          UNIT/UNIDAD: *CS-11L*

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.  You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente.  Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente.  Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

PACIO)

REMINDER:
THERE IS A CHARGE OF .10 CENTS PER
PAGE FOR ANY PAGES OVER 180.

WE RECIEVED YOUR REQUEST FOR
RECORDS.  RECORDS WITH BE FORTH
COMING.

Officer/Official

RECEIVED
11-3-20

IM-004 ATTACHMENT

MVCF PS IM-004  10/2005                    Page 1 of 1



The GEO Group, Inc.

N 71079-066
PATEL, SAHIL
DOB: 03-21-1979
ARSD: 06-17-2019 MVCF

...ГY CENTER

| NAME: | | | | | | |
|---|---|---|---|---|---|---|
| B.O.P.#: | | | **PAIN ASSESSMENT** | | | |
| ALLERGIES: | NKDA | 0<br>No Pain | 1<br>Mild | 2<br>Moderate | 3<br>Severe | 4<br>Very Severe | 5<br>Worse |

**DATE / TIME** — **S.O.A.P. NOTE**

Doctor/ Nurse Practitioner Visit:    -Sick Call Follow-Up,  /-NP F/U,   MD F/U
Date Request Written: 7-1-20    Reason: re-order Motrin
Interpreter #: NA

7-15-20
0830

S: " I use the motrin as needed only, they help"

O: VS: T 98.6  P 69  R 16  BP 112/82  SPO2 99  WT 190#  PAIN 4 / 0-5

No distress. A&Ox3. Patient had back surgery 2008. Uses motrin 800mg TID prn pain. Helps c̄ pain. Stretches and ROM, warm heat used. General exam stable otherwise. Performs ADL's c̄ ease.

A: back surgery; chronic back pain

IMPRESSION: See above please

P/E: ① Motrin 800mg 1 tab po TID x 180 days prn pain c̄ food.   -entered
② Stretch, warm heat/ROM
③ NP f/u 5 months r/o meds

verbalized understanding

Noted 7/15/20
0835
GGilligan RN
Scheduled 12/14/20 1200
CStratton

B. Shaw, CRNP
MVCF


The GEO Group, Inc.

**PO** 71079-066
PATEL, SAHIL
DOB: 03-21-1979
ARSD: 06-17-2019   MVCC

**S UPDATE FOR INMATES/DETAINEES/RESIDENTS**

| me: | I/D/R #: | DOB: | Facility Name: |
|-----|----------|------|----------------|
| *West* | | | |

Our records indicate that you had a positive PPD skin test on _12/20/3 15mn_

Have you had any of the signs or symptoms listed below in the last 12 months?

| | | |
|---|---|---|
| Productive and prolonged (more than 3 weeks) cough | ___yes | ✓ no |
| Chest pain | ___yes | ✓ no |
| Coughing up blood from the respiratory tract | ___yes | ✓ no |
| Fever | ___yes | ✓ no |
| Chills | ___yes | ✓ no |
| Night sweats | ___yes | ✓ no |
| Appetite loss | ___yes | ✓ no |
| Weight loss | ___yes | ✓ no |
| Back pain | ___yes | ✓ no |
| Blood in the urine | ___yes | ✓ no |

History of TB? ___Yes ✓ No   Year of infection _NA_ Where? _NA_

Previous treatment for TB? ✓ Yes ___No   Year _1996_ Where? _N.J_

Last chest x-ray: Date _6/19/14_ Results _No Active Disease_

Temp _967_ Pulse _70_ B/P _133/79_

Resp _14_ Pulse Ox _98_ %

Pain _0_ /10 Weight _145_

_J. Hubler, LPN_
Staff Member MVCC Signature/Stamp      _6/10/20_
                                        Date

I understand that the symptoms listed above could be symptoms of TB and that I need to see the nurse in the Medical Unit if I have these symptoms now or develop any of these symptoms in the future.

_X [signature]_                          _6/10/20_
I/D/R Signature                          Date

08/11, 02/15                                        HS-909



# MOSHANNON VALLEY CENTER

**NAME:** 71079-066
PATEL, SAHIL
DOB: 03-21-1979
**B.O.P. #:** ARSD: 06-17-2019   MVCC

**ALLERGIES:** NKDA

| PAIN ASSESSMENT | | | | | |
|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 |
| No Pain | Mild | Moderate | Severe | Very Severe | Worse |

**"DO NOT USE" ABBREVIATION LIST:**
U, IU, Q.D., Q.O.D, H.S., S.C, cc, TRAILING ZERO AFTER A DECIMAL

| DATE / TIME | S.O.A.P.E. NOTE |
|---|---|
| 2 3 20<br>0730 | ADMINISTRATIVE NOTE/ORDER<br><br>Ibuprofen 800mg 1 tab Po Tid prn Pain x 180 days<br>Chart review 5E months to Reorder Ibuprofen.<br><br>David M. Revak, D.O.<br>MVCC<br>0730   FEB 0 3 2020<br><br>Noted 2/3/20<br>0925<br>E. Gidney LPN |



# MOSHANNON VALLEY CENTER

The GEO Group, Inc.

71079-066
PATEL, SAHIL
DOB:  03-21-1979
ARSD:  06-17-2019   MVCC

*NKDA*

**PAIN ASSESSMENT**

| 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| No Pain | Mild | Moderate | Severe | Very Severe | Worse |

(4 circled)

| DATE / TIME | S.O.A.P. E. NOTE |
|---|---|
| 11/8/19 0835 | Doctor/ Nurse Practitioner Visit:    -Sick Call Follow-Up, ✓-NP F/U, ___MD F/U |
| | Date Request Written: 6/26/19   Reason: Ibuprofen f/u |
| | Interpreter #: NA |
| | **S:** " I use it only when I need it. " |
| | **O:** VS: T 96-7 P 52 R 16 BP 122/79 SPO2 99 WT 190# PAIN 4/0-5 |
| | No distress. AeOX3 Renewed medication for back pain. Uses motrin as needed. Discussed other options such as strength exercise, stretches warm heat. General exam stable. |
| | **A:** Chronic back pain |
| | **IMPRESSION:** see above please |
| | **P/E:** ① continue motrin/Ibuprofen as ordered ② NP f/u July to re-order medications. ③ warm heat, Rom, stretching prn pain |
| | AceJ 11/8/19 0940 D.Litz, RN MVCC |
| | E: Inmate expressed understanding of treatment plan & his questions were addressed. |
| | Imot C Shaw 11/3/19 1330 B. Shaw, CRNP MVCC |

 GEO CORRECTIONAL HEALTHCARE SERVICES

NURSING ASSESSMENT PROTOCOLS

*Exhibit A*

71079-066
PATEL, SAHIL
DOB: 03-21-1979
ARSD: 06-17-2019   MVCC   *NKDA*

FACILITY: _____

**PSYCHIATRIC EMERGENCIES PROTOCOL**

DOB: _____   Number: _____

☐ Interpreter used?   ☐ Yes  ☑No   Interpreter number _____

SUBJECTIVE: Chief complaint/statement of the alleged incident:

*Pt having anxiety about coronavirus & people coughing*

| | |
|---|---|
| History of mental illness: *no* | Last mental health evaluation: *6-28-19* |
| Any communication of suicidal intent: *No* | Is there a plan or means to carry out the plan: *no* |

Are there Risk Indicators or recent life events causing the distress: " *anxiety about people coughing nearme* "

Allergies: *NKDA*     Experiencing pain? (0-10) *0*

Current Medications: *Motrin*

| OBJECTIVE | BP: 133/83  P: 76  R: 18  T: 97.0  Weight: 200  O2 Sat: 98 |
|---|---|
| | Appearance appropriate: *yes*    Clothing disheveled: *no* |
| | Alert: *yes*    Lethargic: *no* |
| | Incontinent *no*    Body odor: *no*    Unusual facial expressions: *no* |
| | Cooperative: *yes*    Eye contact: *yes*    Oriented to person/place/time: *alert, oriented* |
| | Tone of voice: *normal*   Volume of voice: *normal*   Rate of speech: *normal* |
| | Agitated: *no*    Motor retardation/deficits: *no* |
| | Mood: ___ unremarkable   ___ depressive   ✓ anxious |
| | Affect: ___ appropriate   ✓ blunt   ___ flat |
| | Thinking appropriately: *yes*  Answers appropriately: *yes*  Thinking logical: *yes*  Easily distractible: *no* |
| | Hallucinations: *no*         Delusions: *no* |
| | Immediate memory intact: *yes*  Recent memory intact: *yes*    Remote memory intact: *yes* |
| | Suicidal ideas: ___ yes  ✓ no    If yes, daily / weekly |
| | Specific plans: *no*    History of attempts: *no* |
| | Homicidal ideas: ___ yes  ✓ no  · If yes, daily / weekly |
| | History of aggressions towards others: *no* |
| | Appetite normal: *good*    Sleep habits normal: *good* |
| | Comments: |

ASSESSMENT: *Anxiety related to scare of corona virus*

PLAN: 1. Give patient the opportunity to ventilate his/her feelings verbally:
2. Listen for understanding:
3. Make the patient aware that help is available for him/her to gain control:
4. Offer counseling:
5. Refer for Psychiatric/Mental Health consultation and notify the Psychiatrist/Mental health provider or  MD/NP/PA for orders:
6. Refer to Policy 628 *Therapeutic Seclusion and Restraint* or Policy 610 *Forced Psychotropic Medications* as needed.
7. May place patient on Suicide Alert status according to policy and procedures:

EDUCATION:  Patient verbalized and understands above instructions:

Nursing Signature: *Sirisa Emey*     Date: *3/13/20*

Print/Stamp Name: *S. Sankey RN MVCF*     Time: *1400*

REV 09-2014, 01-2016, 01-2017, 7-2019

# GEO
**The GEO Group, Inc.**

# MOSHANNON VALLEY CENTER

71079-066
PATEL, SAHIL

**NAME:** DOB: 03-21-1979
**B.O.P. #:** ARSD: 06-17-2019   MVCC

**ALLERGIES: NKDA**



| PAIN ASSESSMENT | | | | | |
|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 |
| No Pain | Mild | Moderate | Severe | Very Severe | Worse |

**"DO NOT USE" ABBREVIATION LIST:**
U, IU, Q.D., Q.O.D., qhs., S.C., cc.   TRAILING ZERO AFTER A DECIMAL

| DATE / TIME | S.O.A.P. E. NOTE |
|---|---|
| 08/15/19 1320 | S: "I have back pain."  Past medical records and radiograph reports reviewed. He has degenerative changes lumbar spine. He takes Ibuprofen for pain. "My back is stiff when I get out of bed in the morning. I try to stretch and do some exercises." <br> O: T 96.4 P 68 R 16 BP 109/70 O2 98% Wt 188 # Pain 3/5 <br> General: no distress <br> Neurologic: normal gait <br> A: Chronic low back pain <br> P: D/C Ibuprofen 600 mg <br> Ibuprofen 800 mg 1 tab PO TID prn pain X 180 days <br> Chart review in 5 ½ months to reorder Ibuprofen <br> E: inmate expressed understanding <br><br> David Revak, DO 08/15/19 1320P |
| *L. Wasiw, RN MVCC 8-15-19 1540* | |

Keep On Person Medication Sign Out Sheet

71079-066
PATEL, SAHIL
DOB: 03-21-1979
ARSD: 06-17-2019 MVCF

Name: _Patel_

I/D/R# _71079-066_

| 9, 9, 20 | Motrin | 90 | X Patel | C. Gidney, LPN MVCF |
|---|---|---|---|---|

| | | Quantity | I/D/R Signature | Nurse Signature |

Duplicate form    White copy to chart
                  Yellow copy to I/D/R

Rev. 1/05, 1/13,9/14


The GEO Group, Inc

71079-066
PATEL, SAHIL
DOB:  03-21-1979
ARSD:  06-17-2019    MVCC

**History and PI** /NP/PA)

*(Cont'd)*

Inmate/Detainee/Resident (I/D/R) Name: | Facility Name:

Notes:  (Describe every abnormality in detail.  Enter pertinent item number before each comment and use additional sheets if necessary)

H: poor vision

W: ↓ back pain-chronic back pain -awaiting records

OPS: refused          ↳requests ↓ bunk

Q: Not clinically indicated

X: no tattoos

---

DENTAL:  See Dental Evaluation in chart.

---

**\*\* Pertinent Past Test Results Only\*\*** (actual results are found under laboratory section, see chart)

Urinalysis                                      Date:  6/ 2 4/ 19

✓ No clinically significant abnormal values noted
___ Clinically significant abnormalities

| CBC                          Date: 6 / 17 / 19 | G.  TST and/or Chest X-Ray (date, and result)   / NA |
|---|---|
| ✓ No clinically significant labs noted | |
| ___ Clinically significant abnormality | Last TST Date: 12 / 20 / 13        15 mm |
| | Chest X-Ray for +TST |
| _____ | Date:  6 /19 / 19         Results: no active disease |
| _____ | |

Syphilis Serology                      Date:  6 / 17 / 19

✓ Non-Reactive

___ Other, explain below

---

*(Cont'd)*

BP-A360.060
MAY  1994

**MEDICAL HISTORY REPORT**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME-FIRST NAME-MIDDLE NAME

... TER NUMBER

71079-066
PATEL, SAHIL

3. PURPOSE OF EXAMINATION

...NING FACILITY

DOB:  03-21-1979
ARSD:  06-17-2019   MVCC

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH
   complaint arises)

...cription of past history, if

---

**7. HAVE YOU EVER (Please check each item)**

| YES | NO | (Check each item) |
|-----|-----|-------------------|
| | ✓ | Live with anyone who had tuberculosis |
| ✓ | | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| ✓ | | Been a sleepwalker    VERTIGO |

**8. DO YOU (Please check each item)**

| YES | NO | (Check each item) |
|-----|-----|-------------------|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

---

**9. HAVE YOU EVER HAD OR HAVE YOU NOW  (Please check at left of each item)**

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | ✓ | Scarlet fever | | ✓ | | Adverse reaction to drug or medicine | | ✓ | | Epilepsy or fits |
| | | ✓ | Rheumatic fever | | | | | | ✓ | | Car, train, sea or air sickness |
| ✓ | | | Swollen or painful joints | ✓ | | | Broken bones | ✓ | | | Frequent trouble sleeping |
| | | | | | ✓ | | Tumor, growth, cyst, cancer | ✓ | | | Depression or excessive worry |
| ✓ | | | Frequent or severe headache | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | | | | ✓ | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| ✓ | | | Dizziness or fainting spells | | | | Frequent or painful urination | | | | Periods of unconsciousness |
| ✓ | | | Eye trouble | | ✓ | | Bed wetting since age 12 | | ✓ | | Have you ever had homosexual contact? |
| | ✓ | | Ear, nose, throat trouble | | | | Kidney stone or blood in urine | | ✓ | | Been exposed to AIDS |
| | ✓ | | Hearing loss | | ✓ | | | | ✓ | | | Alcohol Use (Excessive) |
| | ✓ | | Chronic, frequent colds | | ✓ | | Sugar, albumin in urine | | | | Drug Use/Addiction |
| | ✓ | | Severe tooth, gum trouble | | | | VD-Syphilis, gonorrhea, etc. | | | | Marijuana |
| | ✓ | | Sinusitis | | | | | ✓ | | | Cocaine |
| | ✓ | | Hay Fever | | | | Recent gain or loss of weight | | | | Heroin |
| | ✓ | | Head injury | | | | | | | | L.S.D. |
| | ✓ | | Skin diseases | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | Amphetamines |
| | ✓ | | Thyroid trouble | | | | | ✓ | | | Others: (Specify) |

(This form replaces BP-360(60) dated January
1986.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ✓ | Tuberculosis | ✓ | | Bone, joint or other deformity | | | |
| | ✓ | Asthma | ✓ | | | | | |
| | ✓ | Shortness of Breath | | ✓ | Lameness | | ✓ | Alcohol or drug Withdrawal Problems |
| | ✓ | Pain, pressure in chest | | ✓ | Loss of finger or toe | | | |
| | ✓ | Chronic cough | | ✓ | Painful or "Trick" shoulder or elbow | | | |
| | ✓ | Palpitation or pounding heart | | | Recurrent back pain | Surgery | | **10. FEMALES ONLY HAVE YOU EVER** |
| | ✓ | Heart trouble | ✓ | | "Trick" or locked knee | | | Been treated for a female disorder |
| | ✓ | High or low blood pressure | ✓ | | Foot trouble | | | Had a change in menstrual pattern |
| | | | | ✓ | Neuritis | | | |
| ✓ | | Cramps in your legs | | ✓ | Paralysis (include infantile) | | | ARE YOU PREGNANT |
| | ✓ | Frequent indigestion | | | | | | SUSPECT YOU ARE PREGNANT |
| | ✓ | Stomach, liver, or intestinal trouble | | | | | | |
| | ✓ | Gall bladder trouble or gallstones | | | | | | |
| | ✓ | Jaundice or hepatitis | | | | | | |

**11. WHAT IS YOUR USUAL OCCUPATION?**

N/A

**12. ARE YOU** (check one)

☑ Right handed     ☐ Left handed

---

**CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | ✓ | | 18. Have you ever had any illness or injury noted? (If yes, specify when, where, and give details.) |
| ✓ | | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | | |
| ✓ | | 14. Have you, ever beeen treated for a mental condition? (If yes, specify when, where, and give details). OP-11 NJ POLI COCAINE | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | ✓ | 15. Have you ever been denied life insurance? (Reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) PILES : LOWER BACK. 32 | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) -07.08 N30-A | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

**EXPLANATION: (#13-22 ABOVE)**

71079-066
PATEL, SAHIL
DOB: 03-21-1979
ARSD: 06-17-2019    MVCC

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| X  PATEL, SAHIL | X |

INTAKE SCREENING: _____

INMATE RECEIVED FROM:  COURT ___ TRANSFER ___ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS:  PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ECT.  NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED.  WHEN WERE THEY LAST USED:

HAVE THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES ____ NO ____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED _____
GENERAL POPULATION ___ YES ___ NO ____
TYPE AND EXTENT OF LIMITATION _____

23.  Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22.  Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

*essentially healthy*

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER B. Shaw, CRNP MVCC | DATE 10/26/19 1345 | SIGNATURE | NUMBER OF ATTACHED SHEETS 5 |
|---|---|---|---|

David M. Revak, D.O.
MVCC

JUN 2 6 2019
1500

71079-066
PATEL, SAHIL
DOB:  03-21-1979
ARSD:  06-17-2019   MVCC



U.S. POSTAGE >> PAID
FOREVER
BOSTON, MA
18042
DEC 30, 22
AMOUNT

R2305R13

10007
1000

Criminal Docket

RECEIVED

JAN – 4 2021

CLERK'S OFFICE
S.D.N.Y.

7020 0090 0001 5833 4206

From: Sahil Patel
BOP # 710 79 066, MVCC
555 GEO Drive
Philipsburg, PA, 16866

To: United States District Court
Office of the Clerk
Southern District of New York
500 Pearl Street
New York, NY, 10007

USDC3
S.D.N.Y.