UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,               :
                                                              :   **ORDER**
    -against-                              :
                                                             :   14 Cr. 158 (AKH)
SAHIL PATEL,                                :
                                                             :
                          Defendant.     :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government shall file its response to Defendant's motion for compassionate release, ECF No. 93, by January 22, 2021. Defendant shall file any reply by January 29, 2021.

        SO ORDERED.

Dated:    January 15, 2021          /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                            United States District Judge