UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :

UNITED STATES OF AMERICA,     :

           -against-                            :     **ORDER**

                                                 :     14 Cr. 158 (AKH)

SAHIL PATEL,     :

                                   Defendant.     :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Government shall file its response to Defendant's motion for reconsideration and renewed motion for compassionate release, ECF No. 112, by June 11, 2021.

                SO ORDERED.

Dated:     May 27, 2021                         /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                                  United States District Judge