UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
UNITED STATES OF AMERICA,               :
                                                      :    **ORDER**
     -against-                              :
                                                      :    14 Cr. 158 (AKH)
SAHIL PATEL,                                      :
                                                      :
                                                      :
                                 Defendant.
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Government shall file its response to Defendant's motion for compassionate release, ECF No. 136, by November 6, 2023.

         SO ORDERED.

Dated:     October 16, 2023                 /s/ Alvin K. Hellerstein
             New York, New York           ALVIN K. HELLERSTEIN
                                         United States District Judge