UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                        :

UNITED STATES OF AMERICA,        :

                               :    **ORDER DENYING**
    -against-                 :    **DEFENDANT'S REQUEST**

                               :
                             :    14 Cr. 158 (AKH)

SAHIL PATEL,                  :

                             :
                Defendant.    :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant writes to the Court requesting that it aid him in being moved to a halfway

house or to a lower security prison facility on the basis of the good time credits he has

accumulated. These matters are within the purview of the Bureau of Prisons, not the federal

court. *See*, 18 U.S.C. § 3632(d)(4)(C); 18 U.S.C. § 3632(d)(2); FED. BUREAU OF PRISONS,

CHANGE NOTICE 5100.08, CN-1, INMATE SECURITY DESIGNATION AND CUSTODY

CLASSIFICATION (2019). Moreover, the request presents no case or controversy before me, and

thus I do not have jurisdiction over it. The defendant's request is therefore denied.

          SO ORDERED.

Dated:     March 20, 2024
          New York, New York         ALVIN K. HELLERSTEIN
                                        United States District Judge

1