EMAIL: FAMILY.

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

-------------------------------------------------------------------------------

FROM: Bhende, Amrita
TO: 71079066
SUBJECT: cover letter
DATE: 07/23/2024 05:21:03 AM

Honorable Judge,

When my father passed away due to Covid complications, I requested furlough, if granted, at the cost of spending my entire sentence without seeking any relief if that is what it took to perform once in a life-time last religious rites to a late father. Your Honor agreed, twice. Yet AUSA and BOP with jurisdiction excuse, denied me my most fundamental and sacred religious obligations done only once in an entire life span. Since then, I have submitted numerous motions seeking relief because I am still to grieve and pay respect to my late father along with my family in accordance with my religious practices. My late father's ashes still wait for his eldest son to be scattered so his soul could be permanently released back to nature per our sacred obligations.

Furthermore, BOP still do not recognize Hindu as a religion and refuse to provide diet accordingly. All administrative remedies have been met with judicial merry-go rides. From West Virginia medium prison to Immigration Hearing Program (IHP) in Allenwood, PA medium, I have been sent from one region to another tactfully delaying administrative process with jurisdiction excuses and motions not being delivered in timely manner to BOP regions with higher courts. In order to lift my IHP transfer, ICE temporarily lifted the detainer stating to BOP that this inmate's crime at this time is not necessary to proceed with immigration court.. BOP again sent me over thousand miles away restricting my family visits and forced me to start administrative remedy seeking religious diet all over again, for the fourth time in last 4 years which I have at this point given up losing all hope and patience. I do not have an immigration detainer however which now allows me to get Halfway House placement via First Step Act (FSA) of 2018 by Congress.

Having no detainer and meeting all other criteria set by Congress, using over 475 days of FSA accumulated by taking numerous courses, I should have been at halfway house in February of this year. Instead, I have spent over 5 months in prison longer than Congress approved law due to negligence of BOP, Residential Re-entry Affairs office and Probation department combined.  Administrative remedies for this matter were also denied initially and when insisted upon, now are being delayed tactfully on purpose to buy more time and keep me in prison for longer than the Congress approved law stats.

The United States Supreme Court, in an opinion issues this past Friday, put in play all Bureau Program Statements and internally connected schemes, whose sole purpose was to deny prisoners the rights that Congress has given them in the First Step Act, Second Chance Act and Residential Drug Assisting Program. In Loper Bright Enterprise v. Raimondo, No. 22-451, the High Court held as follows : The Administrative Procedures Act (APA) requires courts to exercise their independent judgement in deciding whether an agency has acted within its statutory authority, and courts may not defer to an agency interpretation of the law simply because a statute is ambiguous; Chervon v. Natural Resources Defence Council, a by federal agencies to make "Law," is overruled.

Your Honor, I request that this court do everything in its power to grant me halfway house placement so I can be near my family for visits, work to pay my restitution (instead of my mother's social security check paying for it as I should be held responsible paying the restitution, not my mother whom is depositing funds into my inmate account so I can purchase commissary food as diet/meals provided by BOP are against my religion), transit back to society in a meaningful way and finally head to immigration for further proceedings when all my federal obligations set forth by this court are paid for.

Also attached to this letter is my motion for amendment 821, 2 points reduction. I request that this motion start without further delay as I believe I qualify for these reliefs. I do not have anything pending at appeals court at this time.

I thank you kindly in advance and hope to hear from you soon.

Sincerely,
Sahil Patel
71079-066

(1)

Samil Patel 71079-066
FCI Oxford, WI
P.O. Box 1000
Oxford WI 53952

DATE: July 25th 2024.


DEFENDANT PRO SE,


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.


UNITED STATES OF AMERICA )
    DOJ. BOB** )
        PLAINTIFF, )    CASE NO: 14-CR-158
    V. )
     )
SAMIL PATEL, )
    DEFENDANT )


<u>DEFENDANTS NOTICE TO COURT REGARDING HIS</u>
<u>RRE/HC PLACEMENT. YOUR HONOR CAN DECIDE</u>
<u>HOW THIS FACT SHALL BE RULED, AS A MOTION</u>
<u>OR A PLEA OF JUSTICE.</u>


* CASE MANAGER: Mr. KLINITTER
UNIT MANAGER: Mr. Winger
Warden LCMC: Mr. PALMER / Mr. ROSENBERG / Mr. Emmerich

DEFENDANT SAHIL PATEL, Pro se, respectfully submits

facts in support of his pleas for Justice regarding

his RRC/HC (HALFWAY HOUSE/HOME CONFINEMENT) MATTER

BECAUSE HE PRESENTS EXTRAORDINARY AND COMPELLING

REASONS FOR MERCIFUL RULING.

As PER FIRST STEP ACT, PATEL HAS 445

DAYS AT THE TIME OF HIS RRE PLACEMENT OF

FEDERAL TIME CREDITS TOWARDS RRC/HC. ACCORDING

TO CONGRESS APPROVED LAWS, BOP SHALL GRANT

INMATES SECOND CHANCE ACT AND FIRST STEP

ACT FEDERAL CREDITS TOWARDS RRC/HC. REGARD-

LESS OF IMMIGRATION DETAINER, IN THIS CASE

PATEL HAS NO DETAINERS WHICH QUALIFIES HIM

FOR BOTH SCA. AND FSA FTC COMBINED

TOWARDS HALFWAY HOUSE PLACEMENT.

SINCE NOV. OF 2023, PATEL HAS TIMELY
INITIATED RRC PLACEMENT PROCEDURE WITH UNIT
TEAM ONLY TO BE LIED TO, SPUN, RETALIATED
ALSO FINALLY DELAYING his ADMINISTRATIVE
REMEDY ON PURPOSE WITH OUTRAGEOUS REJEC-
TION NOTICES FROM OXFORD, WI UNIT TEAM.

UNIT TEAM HAS LIED, CAJOLED, MANIPU-
LATED THIS ENTIRE PROCESS FROM START TO
FINISH. INSTEAD OF RECOMMENDING SCA AND
FSA COMBINED CREDITS OF OVER 600 DAYS,
UNIT TEAM HAVE ONLY RECOMMENDED 151-180
DAYS. ATTACHED ARE ALL CORROSPONDANCE WITH
TRACING COP-OUT REQUEST TO EACH DEPARTMENT
WHERE PATEL MADE MOST HONEST AND ERNEST
PLEAS TO CASE MANAGER, UNIT MANAGER, CMC,

ASSOCIATE WARDEN AND FINALLY WARDEN IN-
FORMALLY SO PROPER CHAIN OF COMMAND IS
HONORED AND ISSUE IS RESOLVED WITHOUT ADMIN
REMEDY ROUTE. PATEL INITIALLY WAS TOLD BY
UNIT MANAGER THAT ALL PTCS ARE MENTIONED
AND TO WAIT FOR THE DATE TO ARRIVE AND
IF PATEL DOES NOT AGREE WITH PTC DATE;
HE MAY CHOOSE THEN TO TAKE ADMINISTRAT-
REMEDY ROUTE. PATEL LISTENED AS ANY SANE
INMATE SHOULD ONLY TO BE PROVED WRONG
AND UNJUST. PATEL'S BP-9 THOUGH WRITTEN
IN RAGE, EXPLAINS CLEARLY THE RELIEF HE
SEEKS, YET LEGAL DEPT. WASTED OVER AMOUNT
ASKING HIM TO REWRITE AND AGAIN TO RE-
WRITE ON BP9 FORM. PATEL HAS ATTACHED

ADMIN. REMEDIES COPY IN ORDER FOR COURT'S

VERIFICATION. BP-8 CLEARLY SAYS, " PATEL WAS

RECOMMENDED ... 180 DAYS RRC PLACEMENT. AS OF

THE SUBMISSION..... INMATE HAS 445 DAYS FTC

PER FSA." UNIT TEAM HAVE MENTIONED FSA CREDITS

BUT HAVE NOT DELIBRABLY RECOMMENDED IT. RRC

HONORS WHAT UNIT TEAMS RECOMMEND AS THAT

IS THE MOST USUAL PROCEDURE AS RRC CAN

NEVER DECIDE HOW MANY DAYS INMATE SHOULD

OR SHOULD NOT GET FOR RRC/HC. UNIT MANAGER

ALONE MAKES THAT DECISION BASED ON INMATE

BACKGROUND, LIVING SKILLS, INCIDENTS ETC. RRC

MANAGERS HAVE NO AUTHORITY TO ALLOW OR

DISALLOW FTC UNTIL INMATES ARE UNDER

RRC'S SUPERVISION/CUSTODY.

PATEL HAS SUFFERED ENOUGH AT THE

UNJUSTICE OF BOP OFFICIALS ABOUT HIS RELIGION

HIS FATHER'S FURLOUGH AND CONSTANT MOVES

FROM REGION TO REGION MAKING SURE HIS

RELIGIOUS ADMIN REMEDY NEVER COMPLETES.

YOUR HONOR, IF YOU TAKE A MOMENT AND

ACTUALLY READ THE PLEAS AND FINALLY FRUSTRA-

TIONS WITH BOP OFFICIALS PLAYING GODS, KEEPING

FAMILIES AWAY, TAKING THE LAW INTO THEIR

OWN HANDS, NOT ALLOWING INMATES ADMIN.

REMEDY ROUTES IN COP-OUT REQUEST MADE VIA

TRULINCS, YOU SHALL SEE THE MOST DELIBRATE

ACTIONS TO HIDE THEIR DECEIT AND LIES.

INSTEAD OF OWNING UP TO THEIR MISTAKE, IF AT

ALL IT WAS A MISTAKE, THEY TOGETHER WITH

(8)

HIGHER UPS, DOUBLE DOWN AND PUNISH INMATES

WHEN THEY ASK FOR WHAT RIGHTFULLY BELONGS

TO THEM. DUE TO INFRASTRUCTURE ISSUES, THIS

WHOLE FACILITY IS IN RESTRICTED MOVEMENTS

NOT ALLOWING INMATES LAW LIBRARY, HENCE

THE HAND WRITTEN PLEA TO THIS COURT, AS

PATEL IS SERVING OVER 5 MONTHS ALREADY

AGAINST CONGRESS & U.S. SENTENCING COMMISSION'S

APPROVED LAW. THERE HAVE BEEN MANY

CASE LAWS REGARDING FSA TIME CREDITS

NOT PROPELY APPLIED ALL OVER U.S. COURTS.

JURISDICTION MAY OR MAY NOT PREVENT YOU

FROM ORDERING BOP VIA JUDICIAL ORDER

TO GRANT ME EITHER HALFWAY HOUSE OR

HOME CONFINEMENT AS EACH DAY I SERVE

IN PRISON IS UNLAWFUL MORE IMPORTANTLY,
KEEPING MY LATE FATHER'S ASHES, MY RELIGIOUS
OBLIGATIONS TO him AND MY OLD SICK MOTHER
AT THE MERCY OF THESE BOP OFFICIALS PLAYING
GOD, SENTENCING INMATES MORE PRISON TIME
UNLAWFULLY. EACH DAY FEELS AS IF PATEL
HAS BEEN KIDNAPPED, KEPT CAGED THOUSAND'S
OF MILES AWAY FROM FAMILY AFTER SERVING
JUST TIME IN PRISON ACCORDING TO THIS SENTENCE
GIVEN BY COURT AND SOCIETY. I AM ONLY
ASKING FOR WHAT I'VE LAWFULLY EARNED YOUR
HONOR, MY FATHER HAS WAITED ENOUGH AND
GOD FORBID IF SOMETHING WERE TO HAPPEN TO
MY MOTHER WHEN I SHOULD HAVE BEEN WITH
HER.

RESPECTFULLY,

PATEL SAMIL
71079-066

ALL STATEMENTS MADE HERE ARE TRUE AND

IF PROVEN OTHERWISE, I AM SUBJECTED TO PERJURY,

INCLUDING THOSE MADE VIA TRULINCS COPOUTS.

ADDENDUM: DATE July 29th 2024.

PATEL WAS TOLD AND ASSURED BY UNIT MANAGER THAT
RRE IN BROOKLYN, NY and Probation have not granted
445 PTC days earned, FCI oxford has not made a mistake
nor someone at RRE or probation is responsible for this
Unjust.

With all due respect your honor, while these officers of
the law point fingers at each other, playing blame game, I
have been serving unlawful time for last 7 months, held
in here captive against the law by lawmen.

I beg for mercy and Judicial notice to this facility to
either grant me halfway house or home Confinement as the
law says.

Admin remedy
BP-8

Inmate Name: *Patel  71079-066*
Date Issued: *06-017-2024*
Issue: *Halfway house date*
Issued by: R. Kaminsky, Counselor *K Cadigan*

JUN 21 2024
1204534.F1
OXF LEGAL DEPT

## Federal Correctional Institution
## Oxford, Wisconsin
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**INMATE'S COMPLAINT:**

1. Complaint (general): *BOP's unusual and careless handling of RRC/HC placement has kept Patel in prison for time longer than required by Congress approved laws. Unlawfully, over 180 days (and counting) of FSA have not been granted towards RRC/HC and Patel is forced to serve wrongfully calculated or misleading behavior towards RRC/HC placement process. Also against FSA, Patel is over 1000 miles away denying him social visits as well.*

2. Efforts made by inmate and staff contacted by inmate to informally resolve complaint: *Since March 2024, Patel has reached out to Case manager, Unit mgr, CMC, AW and RRC (via email) to be told, "have patience". Will attach copies to each dept @ later date.*

Inmate's Printed Name: *Patel, Sahil*        Reg. No.: *71079-066*

Inmate's Signature: *[signature]*        Unit: *ADAMS*    Date: *6/7/2024*

## CORRECTIONAL COUNSELOR'S COMMENTS:

3. Brief description and results of efforts made by inmate/Correctional Counselor to informally resolve: *Per the Five Factors of the Second Chance Act, Patel was recommended for up to 180 days RRC placement. As of the submission of his referral the inmate earned 445 Federal Time Credit days per the First Step Act.*

4. Names of staff contacted: *C. Klawitter, CM.*

_____*N/A*_____        _____*[signature]*_____
Inmate Signature/Date Informally Resolved        Correctional Counselor

OR
*6/13/24*    Date BP-229 Issued

(x) *PATEL, SAHIL 71079-066*        (x) *[signature]*
Inmate's Printed Name & Number        Inmate's Signature/Date

Reviewed: _____*[signature] (FOR)*_____
Unit Manager

RECEIVED
JUN 2 [ ] 2024
OXF LEGAL DEPT

Distribution: If complaint is informally resolved: Counselor will retain for six months. If complaint is NOT informally resolved: forward original attached to BP-229 form to Legal Administrative Assistant.

OXF 1330.18        01-11-17        Attachment A

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

Issued 6-13-24

**REQUEST FOR ADMINISTRATIVE REMEDY**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **PATEL, SANIL**     **71079-066**     **ADAMS**     **OXFORD WI**
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.       UNIT       INSTITUTION

**Part A- INMATE REQUEST**

180 days of Second chance Act and more importantly 445 days per First Step Act have not been granted to Patel by RRE/HC dept and BOP. Patel has served over 5 month of unlawful prison time against Congress approved First Step Act on U.S. tax payers behalf. RRE/HC dept and BOP has mishandled First Step Act halfway house placement process and forced Patel to serve more time in prison than the law intends to. These actions are against Congress and U.S.S.C. approved policies which entitles Patel to seek higher courts for Justice and his immidiate transfer to RRE or home confinement as stated by FSA. These unlawful actions ~~are also~~ must be explained, fixed and ruled in a civil court with civil Action lawsuit with local federal District court

6/13/24                       _Signature_   71079066
DATE                                 SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
JUN 21 2024
OXF LEGAL DEPT

_____        _____
DATE                                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: **1204534.F1**

─────────────────────────────────────────────────

                                     CASE NUMBER: **1204534.F1**

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____        _____
DATE                                  RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR           ♻ PRINTED ON RECYCLED PAPER          BP-229(13)
                                                  APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 3, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      OXFORD FCI

TO  : SAHIL PATEL, 71079-066
      OXFORD FCI    UNT: 1 GP    QTR: A03-001L
      P.O. BOX 500
      OXFORD,  WI 53952


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1204534-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 21, 2024
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : THIS BP-9 DOES NOT REQUEST RELIEF. IT IS ONLY
                  COMPLAINTS OF DAYS MISSING FROM 2ND CHANCE ACT AND
                  FIRST STEP ACT. RE-WRITE & ASK FOR RELIEF.

ISSUED 6/13/24                                      REQUEST FOR ADMINISTRATIVE
                                                    REMEDY

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

124534.F1

SUBJECT: BP-9 RE-WRITE

FROM: 71079066
TO: Bhende, Amrita          TO : WARDEN / Admin Rem. Coordnt.
SUBJECT: BP-9 Re-Write
DATE: 07/11/2024 08:36:04 AM

                            REMEDY ID : 1204534-F1

Sir Warden,

On July 9th, though printed on July 3rd I received BP-9 request I had submitted regarding my RRC placement. The rejection notice from your office says that I failed to request relief and to re-write. This is my re-write.

I have already spent over 4 months (and counting as I still don't have a date) in prison longer than the Congress approved law has mandated. "RRC PLACEMENT IS NOT A PRIVLEDGE" is a misleading statement. IT IS A LAW, signed and approved by USSC, Congress and finally the President.

Also, in response to not requesting relief - I have clearly said I seek to reach higher courts (for which this process without further delay is necessary) and my immediate release to either half way house or home confinement. I am not an attorney and can not litigate like one. This is a mockery of judicial system coming from your law dept., under your watch which is really saddening because you have been the only bright thing happening to FCI Oxford, WI in a long time. I do not wish to be retaliated by what I am going to do from here on which is well within my rights. I have been warned already for having sport service which entire BOP allows in trulincs. I have never ran a ticket in your prison or any other prison, numbers fascinate me and I follow sports to the best of my abilities as my mental health has compulsive behavior when faced with such circumstances when I feel depressed over being away from family and authorities taking the law into their own hands and not allow inmates to go back to their families keeping them in prison for AS LONG AS they can.

Since March of 2024, I have followed a proper chain of command. Attach you may find all my cop-outs, informal request to associate warden and relentless pursuit of justice with unit team as they were my allies in this. Mr. Winger has done all he could, yet I wonder how hard is it to just pick up the phone instead of emailing to RRC and DEMAND an answer knowing well a man has been in PRISON for longer than he should have. Word "PRISON" might sound very very normal to you because it is your way of living but those that have made a mistake and are on the other side doing everything they can to pay their debt to society and get back to family by learning their hard earned lesson, PRISON is most dreadful word. It is not something one should joke behind closed doors and I feel this re-write request looks nothing but like making mockery out of someone's sorrow.

Yet again, here I request as your law team have suggested.

This letter is a re-write to my BP-9 administrative remedy started on June 7, 2024. I have via First Step Act 445 days of federal time credits towards RRC/HC placement. My RRC packet left this facility after being cleared sometimes in March, much later than it usually should have. I was asked to be patient, and I tried. My Detainer Action Letter was missing and was sent by CMC and Records dept., again I was told to be patient, and I tried. I reached out to Unit team, CMC, Associate Warden repeatedly trying to informally resolve this matter for last 3 months as I am in prison for longer than law requires. It is a time sensitive matter and though there are case laws that suggest on the basis of futility, I may not have to exhaust administrative remedies if I prove doing so will waste a supposed 120 days it may take for BP-8 to BP-10 process. I was told by government officials to be patient from Case Manager to the highest post of Warden, I listened as any sane citizen should, try I did.

I am still awaiting for a date and I should not have to. My sick mother needs me as her health has declined since my father's passing due to covid. We have already suffered enough by this ridiculous judicial process called administrative remedy at my father's passing when my district Judge granted furlough but BOP in the name of not exhausting admin. remedy and jurisdiction issues, did not allow me to perform ONCE IN A LIFE TIME religious obligation to a dead father and transferred me to a region far far away from home making social visits near impossible. My father's ashes still await for his eldest son, as our religion dictates, we are yet to grieve for my late father, together as a family.

Every statement I have made here is true to the best of my abilities.

My request for reliefs are:
1. Immediate relief to Half way house or Home confinement.
2. Response back to this BP-9 in timely fashion as it is futile to wait any longer, so I can reach region with next step as I am seeking compensation claim grievances and civil law suit for keeping me in prison for longer than I should have by holding those responsible for not obeying the law.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

7022 2410 0000 7378 2535

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Patel, Sahil__      __71079-066__      __Adams__      __FCI Oxford__
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL :** Patel appeals the Warden's denial concerning his request for Administrative Assistance in his immediate transfer to RRC/HC. In his request for Administrative Assistance, Patel complained of, librally construed, that he was recommended for up to 180 days of RRC/HC under the Second Chance Act, and has earned 445 days of FTCs (which is much higher now) which he can apply toward prerelease custody and thus is entitled to immediate transfer to RRC/HC; but that the RRC/HC department and BOP have mishandled his FSA halfway house placement process, forcing him to ⚡ serve * more time in prison than the law intended.

The Warden has unreasonably rejected Patel's request, holding that his request "does not request relief;" "only complaints of days missing from 2nd Chance Act and First Step Act." As an initial matter, Patel's request does not have anything to do with "days missing ...." Patel's [c]omplaint is that the RRC/HC dept. and [BOP] have mishandled his prerelease placement. The Warden's response makes clear that the Warden did not read and attempt to reasonably construe Patel's complaint. In any event, affording Patel's pleading libral construction, Patel does request relief: "These actions are against Congress ... approved policies which entitle Patel to seek higher courts for justice and [sic] his immediate transfer to RRC or Home Confinement as stated by FSA. Therefore, Patel respectfully asks this reviewing Office to assist him in his immediate transfer to RRC/HC.

__July 15, 2024__            _[signature]_
     DATE                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

_____           _____
       DATE                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE           CASE NUMBER: _____

**Part C - RECEIPT**

                                             CASE NUMBER: _____

Return to: _____    _____    _____    _____
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____           _____
       DATE              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN        PRINTED ON RECYCLED PAPER        BP-230(13)
                                                     JUNE 2002



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 01868160

Team Date: 05-02-2024

Plan is for inmate: PATEL, SAHIL  71079-066

| | | | |
|---|---|---|---|
| Facility: | OXF OXFORD FCI | Proj. Rel. Date: | 05-25-2026 |
| Name: | PATEL, SAHIL | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 71079-066 | DNA Status: | PHL05854 / 12-19-2013 |
| Age: | 45 | | |
| Date of Birth: | | | |

*PRESUMED HALFWAYHOUSE DATE*
*NOV. 26th 2025*
*NOT LAWFUL.*

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Inmate Photo ID Status

Full status incomplete - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OXF | AM DINE | FOOD SERVICE DINING ROOM AM | 03-29-2024 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OXF | ESL HAS | ENGLISH PROFICIENT | 08-27-2015 |
| OXF | GED XN | EXEMPT GED NON-PROMOTABLE | 08-27-2015 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OXF | C | FCI YOGA 1 WELLNESS CLASS | 11-14-2023 | 03-03-2024 |
| ALM | C | ADDICTIVE BEHAVIOR | 09-01-2023 | 10-03-2023 |
| ALM | C | PREVENTING CARDIO DISEASE | 08-05-2023 | 09-05-2023 |
| ALM | C | COMPREHENSIVE FITNESS | 07-01-2023 | 08-08-2023 |
| ALM | C | WEIGHT MANAGEMENT | 06-19-2023 | 06-30-2023 |
| ALM | C | BODY COMPETITION | 05-15-2023 | 06-06-2023 |
| ALM | C | BEHAVIOR MODIFICATION | 04-14-2023 | 05-12-2023 |
| MVC | C | L-PUZZLE CHALLENGE LOCK DOWN | 04-07-2020 | 06-30-2020 |
| MVC | C | MANUFACTURING BUSINESS 1ST | 01-07-2020 | 03-25-2020 |
| MVC | C | BEGIN BUSINESS STRATEGIES 1ST | 01-08-2020 | 03-25-2020 |
| BRO M | C | HEALTH EDUCATION PROGRAM | 07-09-2018 | 08-06-2018 |
| BRO M | C | ENTREPRENEURSHIP | 11-13-2017 | 12-30-2017 |
| BRO M | C | YOGA/STRESS REDUCTION PRGM | 08-13-2016 | 09-05-2016 |
| FTD GP | C | ADVANCED PHYSICS THEORY | 10-05-2015 | 12-21-2015 |
| FTD GP | C | ACE CLASS IN CREATIVE WRITING | 10-06-2015 | 12-22-2015 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 03-08-2024 | 306 : REFUSING WORK/PGM ASSIGNMENT |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-30-2015 |
| CARE2 | STABLE, CHRONIC CARE | 11-30-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 06-26-2019 |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 04-07-2021 |
| LOWER BUNK | LOWER BUNK REQUIRED | 11-30-2022 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 03-23-2021 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 11-30-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-30-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| | | |



**Individualized Needs Plan - Program Review    (Inmate Copy)**     SEQUENCE: 01868160
Dept. of Justice / Federal Bureau of Prisons                         Team Date: 05-02-2024
Plan is for inmate: PATEL, SAHIL  71079-066

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 03-17-2023 |
| ED NONE | DRUG EDUCATION NONE | 12-07-2018 |
| MAT SC CMP | MED ASSIST TRMT SCREEN COMPLT | 03-13-2024 |
| NR FAIL | NRES DRUG TMT/FAIL | 02-22-2024 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:    PART    FINANC RESP-PARTICIPATES    Start: 11-23-2022**

Inmate Decision:  **AGREED**    **$137.00**    Frequency:  **MONTHLY**
Payments past 6 months:    **$591.59**    Obligation Balance:  **$4,428.13**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $224.88 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST FV | $6,122.60 | $4,428.13 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 04-12-2024 | OXF | PAYMENT | INSIDE PMT | $137.00 |
| | 03-12-2024 | OXF | PAYMENT | INSIDE PMT | $137.00 |
| | 02-13-2024 | OXF | PAYMENT | INSIDE PMT | $137.00 |
| | 01-12-2024 | OXF | PAYMENT | INSIDE PMT | $137.00 |
| | 12-12-2023 | OXF | PAYMENT | INSIDE PMT | $43.59 |

## FRP Deposits

Trust Fund Deposits - Past 6 months:  $1,542.62    Payments commensurate ?  N/A

New Payment Plan:  ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-12-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 05-02-2024 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 05-02-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 05-02-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 04-13-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 05-02-2024 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 05-02-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 05-02-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 05-02-2024 |
| N-MEDICL Y | NEED - MEDICAL YES | 05-02-2024 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 05-02-2024 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 05-02-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 05-02-2024 |
| N-WORK Y | NEED - WORK YES | 05-02-2024 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 05-02-2024 |

## Progress since last review

Completed one program has finally came out of SHU.

## Next Program Review Goals

Participate in the Inmate Financial Responsibility Program. Enroll in Anger/Hostility, Antisocial Peers, Cognitions, Dyslexia, Education, Finance/Poverty, Family/Parenting, Mental Health, Medical, Rec/Leisure/Fitness, Substance Abuse, Trauma and Work programs.

## Long Term Goals

Obtain replacement birth certificate for retention in your central file. Complete RPP class Resume Writing and submit resume to Unit Team by 5-2025

## RRC/HC Placement

Recommended Placement in a range between 151-180 days.
Consideration has been given for Five Factor Review (Second Chance Act):



**Individualized Needs Plan - Program Review    (Inmate Copy)**   SEQUENCE: 01868160
Dept. of Justice / Federal Bureau of Prisons                        Team Date: 05-02-2024
Plan is for inmate: PATEL, SAHIL  71079-066

- Facility Resources : Adequate resources available for release needs
- Offense : CNSP TO CMMT EXTORTION/18:371 CNSP TO IMPERSONATE A FEDERAL OFFCR
- Prisoner : He has established residence and community ties. He has been removed from the community for the period of incarceration.
- Court Statement : There were no statements on the J&C regarding RRC placement at the time of sentencing.
- Sentencing Commission : There are no pertinent policies by the US Sentencing Commission

**Comments**

Treaty Transfer: Eligible and not interested.
FSA Recidivism Score Reviewed. Recommend maintain good personal hygiene and cell sanitation. Make bed every day follow dress code. Start to prepare for release by establishing a residence, seeking employment opportunities, save $10 a month towards release.  RRC placement will be reviewed 17-19 months from release date. All pending charges must be resolved, if applicable. Seek counseling from Psychology staff for any mental health concerns. Report to sick call in the Health Services Department for minor medical concerns. Maintain clear conduct and good cell sanitation in accordance with policy. Maintain contact with family members via TRUFONE, TRULINCS, and/or visits to strengthen family ties/support. 407/408 Reviewed.



## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:71079-066, Last Name:PATEL

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Register Number: 71079-066                Risk Level Inmate....: R-LW
Inmate Name                                 General Level......: R-LW (6)
  Last.........: PATEL              Violent Level......: R-LW (9)
  First........: SAHIL            Security Level Inmate: LOW
  Middle.......:                  Security Level Facl..: LOW
  Suffix.......:                  Responsible Facility.: OXF
Gender........: MALE                      Start Incarceration..: 07/08/2015

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 3
General Score: -6, Violent Score: -2
Risk Item Data
  Category - Assignment - Start       - Stop
  EDC     ENTREPRENR  11/13/2017 16:19   11/13/2017 16:19
  EDC     C-MANBUS 1  01/07/2020 10:05   01/07/2020 10:05
  EDC     C-BEBUSTRA  01/08/2020 07:51   01/08/2020 07:51

Item: Work Programs, Value: 1
General Score: -1, Violent Score: -1
Risk Item Data
  Category - Assignment - Start       - Stop
  WRK     FPI CS-1    02/26/2019 14:06   02/26/2019 14:06



BP-A0394
APR 10

**DETAINER ACTION LETTER**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: | | Institution | |
|-----|--|-------------|--|
| ICE<br>2851 South Reach Road<br>Williamsport, PA 1770 | | Federal Correctional Institution Allenwood<br>P. O. Box 2500<br>White Deer, PA 17887 | |
| | | Date | 08/01/2023 |

| Case/Dkt# | Inmate's Name | Fed. Reg. No. | DOB/SEX/RACE |
|-----------|---------------|---------------|--------------|
| A057756409 | PATEL, SAHIL | 71079-066 | 03/21/1979  A/M/H |
| Aliases | | Other No. | |

The below checked paragraph relates to the above named inmate:

☐  This office is in receipt of the following report:_____
Will you please investigate this report and advise what disposition, if any, has been made of the case.  If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in subject, please forward a letter indicating so.

☐  A detainer has been filed against this subject in your favor charging _____
_____.  Release is tentatively scheduled for _____
however, we will again notify you no later than 60 days prior to actual release.  To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

☐  Enclosed is your detainer warrant.  Your detainer against the above named has been removed in compliance with your request.

☐  Your detainer warrant has been removed on the basis of the attached _____

☐  Your letter dated_____ requests notification prior to the release of the above named.  Our records have been noted.  Tentative release date at this time is _____.

☐  I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____.  If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☑  Other:
The BOP received a email from Stephen Waite, SDDO, ERO, Williamsport Sub-Office on 08/01/2023 stating: Please be advised we have reviewed this inmate's case and determined his conviction does not rise to the level necessary to initiate removal proceedings. Therefore, no detainer will be issued and no further action will be taken on this case at this time

Sincerely,

For:
T. Greely
Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy Central File (Section 1); Copy - Correctional Services Department

PDF            Prescribed by P5800            (Replaces BP-394(58) dtd MAR 03)

BP-A0210
OCT 10

## INSTITUTIONAL REFERRAL FOR CCC PLACEMENT CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Community Corrections Manager)<br><br>Patrick McFarland, Brooklyn, NY, CNK | FROM: Chief Executive Officer (Name, Title & Date) -<br>Signature certifies approval and CIMS Clearance<br>Emmerich, Eric, Warden, 03/08/2024 |

| Inmate Name<br>PATEL, SAHIL | Register Number<br>71079-066 | Date<br>01/03/2024 |
|---|---|---|

| Unit Manager/Mail ID<br><br>D. WINGER, UM X1321 | Institution (Address and Phone Number)<br>OXFORD FCI<br>P.O. BOX 500<br>OXFORD, WI 53952<br>(608)584-5511 | |

| 1.  Release City  Brooklyn, NY | Supervision  Southern District New York<br>District |
|---|---|

| 2.  Anticipated Release Date<br>05/25/2025 | Method<br>FIRST STEP ACT | Verified by (ISM Staff)<br>Marshall, Timothy M. |
|---|---|---|

| 3.  Recommended (only one):<br> a. Range 151 - 180 ___, or<br> b. Date _____ | 4.  If a presumptive parole case, enter the date the pre-<br>release record review progress report was submitted to the<br>Parole Commission: _____ |
|---|---|

| 5.  Statutory Interim Hearing<br>Scheduled?<br> ☐ Yes  ☐ No  ☐ Waived | 6.  SUPERVISED RELEASE<br>☑ Yes  ☐ No | Special Parole Term<br>☐ Yes ☑ No |
|---|---|---|

| 7.  Aftercare Supervision<br> ☑ Drug  ☑ Alcohol  ☐ Mental Health  ☑ Other | Searches | ☐ N/A |
|---|---|---|

| 8.  CIM Case: ☑ Yes ☐ No   Assignment: Separation |
|---|

| As CMC, I have reviewed the Request for Activity Clearance (404) and the<br>SENTRY CIM Clearance and Separatee Data and I recommend the inmate be<br>considered for CCC placement and clearance be granted by the Warden.<br><br> ☑ Yes  ☐ No   Signature of CMC  Palmer, Aaron P.<br>Upon signature of the Warden, I will update SENTRY to reflect CCC referral<br>for range/date as listed in item 3 above. | NOTE:<br>The CMC will update<br>SENTRY to reflect<br>specific dates and CCC<br>location code upon<br>notification of<br>acceptance from the CCM. |
|---|---|

| 9.  If proposed District of Supervision<br>differs from Sentencing District, has<br>USPO approved?<br> ☐ Yes  ☐ No | 10.  Does inmate have a committed fine?  ☐ Yes  ☑ No<br>If yes, indicate how fine will be paid in item 12. |
|---|---|

11.  Additional Information, including status of any detainers or pending charge(s) and whether there
is a substance abuse history.

There are no detainers or pending charges.  History of substance abuse includes the usage of alcohol,
marijuana, crack, and cocaine.

12. Specific release preparation/Pre-natal care needs.

We have reviewed inmate pre-release needs in accordance with the Second Chance Act, this placement recommendation is a sufficient duration to provide the greatest likelihood of successful reintegration back into the community. He will need assistance in obtaining employment. He will also require assistance in complying with his aftercare conditions. The remaining restitution will be set up in a payment plan by the USPO. Per the five factors of the Second Chance Act, we believe placement for up to 180 days will provide inmate with the opportunity for successful release from confinement. As of the submission of this referral, the inmate has earned 445 Federal Time Credit days per the First Step Act towards RRC/HC.
****Please schedule release for Tuesday through Thursday****

| 13. For MINT Referrals, Date of Delivery: | 14. (a) For MINT Referrals, Projected Date of Return to Parent Institution: |
|---|---|
| | (B) Proposed guardian: |

| TO BE FORWARDED WITH THE REFERRAL FORM | NO. COPIES | TO BE FORWARDED TO THE REGIONAL TSM | NO. COPIES |
|---|---|---|---|
| BP-S210, Referral Form | 2 | BP-S210, Referral Form | 1 |
| Current Progress Report | 2 | Current Progress Report | 2 |
| Pre-sentence Report/Violation Report | 2 | Treatment Summary and Referral Form | 2 |
| Community Based Program Agreement | 2 | Drug Abuse Treatment Programs Agreement to | |
| BP-339 CIM Case Information Summary (Non-Separation Cases) | 1 | Participate in Community Transition Programming | 2 |
| USPO Acceptance Letter | 2 | | |
| Copy of Latest Notice of Action | 2 | | |
| BP-351 Medical Evaluation for Transfer of Inmates to CCC Type Facility | 2 | | |
| Judgment & Commitment Order | 2 | | |
| Statement of Responsibility | 2 | | |

* If the inmate has a diagnosed, ongoing medical condition, such as diabetes or coronary disease, send any pertinent medical records.

Record Copy - CCM; Copy - Institution File; Copy - USPO Sentencing District; Copy USPO District of Supervision

TRULINCS  71079066 - PATEL, SAHIL - Unit: OXF-A-A

----------------------------------------------------------------------------------------------------

FROM: 71079066
TO: Unit Management West
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 11/20/2023 12:39:28 PM

To: Mr, Winger
Inmate Work Assignment: na.

hello Sir,

I do not have an immigration detainer which used to prevent me from being eligible for halfway house and or home
confinement. I have under 2 years left to serve in prison. with BOP's discretion, with FSA and Second chance act..I am due for
halfway house early next year. I would like to start the process. At my last team meeting, I was told by case manager that
halfway houses are full in New York area where my case is. my address right now is in PA. Halfway house being full should not
prevent me from being recommended for it. Case manager also said that it falls under Unit manager and that you were on
vacation. Once you come back he said to cop out to you sir directly.

Kindly guide me to start the process as it is very very important for me and my family. I am thousands of miles away from home
and visits are near impossible. My mother is sick and needs constant care as well.

Thank you in advance and hope to hear from you soon.

TRULINCS  71079066 - PATEL, SAHIL - Unit: OXF-A-A

--------------------------------------------------------------------------------

FROM: 71079066
TO: Unit Management West
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A


-----PATEL, SAHIL on 4/2/2024 7:43 PM wrote:

>

Hello Sirs,

My FSA and second chance act time have not been properly calculated towards my halfway house. 440 days I have gained have not been applied. Mr. Winger mentioned that they were mentioned in the process but most certainly not recommended as they should by law. I have asked for BP-8 month ago and was told that only if I don't like the date then go on with it. I should have been at half way house on Feb 25th 2024; instead we are in April and I am still to get a date, the way it usually works is my date will be at least month and a half more from today. March 13th was the process done and sent to RRC from here at Oxford, yet I was being told while in SHU by case manager, unit manager, CMC that it has already left Oxford level in February, a clear and obvious SPIN tact. This is my freedom and my family's well being at stake. FSA and SCA are congress approved laws and BOP constantly disregards halfway house calculation and unlawfully are keeping inmates away from their families by falsifying facts, delaying, not allowing due process by denying administrative remedy. This is unethical and most cruel ways to keep me in prison. Falsifying statements or on purpose delaying congress approved laws, had I committed this sins, I would end up serving time in federal prison, meanwhile unit team are without a worry in a world causing families to be separated for lot longer than they should. How one wonders in United States of America, this unnecessary torment in the name of justice and hiding behind a batch and blue uniform allowed is beyond comprehension. On January 4th, 2024 I was made to sign halfway house papers..another clear and unethical tactic making me sign my team papers while telling me the halfway house process has started and should take 6 weeks to reach RRC, instead my process didn't start til much later in February and my halfway house papers left Oxford, Wisconsin BOP on March 14th of 2024. Now Unit team and BOP will expect me to go through admin remedy knowing very well it will take months by which time my date will come and I will be at halfway house making the admin process irrelevant. This is gross injustice. My sick mother is home alone taking 20 plus medications a day, in dire need of financial and physical help. Ride to and from along with her diet needs to be looked after, my sister works 12 hours a day to provide for her family and mother as the eldest son in prison can not be of any help. Please show some mercy and do the right thing, nothing more than what the law requires you to do. PLEASE. Oxford is much too quick to reprimand inmates on most minor offenses and on purpose looking for conflicts by the way of community punishments. With strict laws for inmates, there should be some leniency in regards to following Congress approved Acts as well...it is a month of grace, April as said by President Biden...hoping not an APRIL FOOLS grace.

TRULINCS  71079066 - PATEL, SAHIL - Unit: OXF-A-A

--------------------------------------------------------------------------------

I had my team review today and was told that there still no date for halfway house. I was given the copy of my Individualized Needs Plan and I noticed that team has only recommended 151-180 days for halfway house. I have served over 10 years of time without an incident report. I am low low everywhere and I find it very very hard to believe that I should get recommended under 6 months for halfway house? Sir, if this is the fact that I need a BP-8 and I must take this to court. This is unfair, unjust and most unreasonable bias. You specifically told me that You have recommended the time which is 430 days via FSA and that it has been addressed in my RRC/HC Placement. Now I find this 151-180 days recommendation in black and white, it makes me question the integrity of BOP Policies. I have done everything I can to get as much halfway house time as I can get so I can get back to my sick mother. I am placed over thousand miles away from home with no visits as its near impossible for my old mother to get on a plane or drive this far. Please provide me with BP-8 or kindly rectify this time recommended as soon as possible.

Thank you.
-----PATEL, SAHIL on 4/8/2024 2:23 PM wrote:

>

Sir,

Its been two months over the date of my halfway house by FSA and SCA. I still have not heard anything from RRC. I am sure there is a way if the halfway houses are full in certain districts, I do qulify by DRC to be confined at home. Kindly guide me on teh process. May my family or my attorney get in touch with RRC? May I have the contact info of RRC where I have been recommended at?
-----Case Management Coordinator on 4/4/2024 2:22 PM wrote:

>

RRC and FSA concerns need to be addressed to your unit team (Case Manager and Unit Manager).

From: ~^! PATEL, ~^!SAHIL <71079066@inmatemessage.com>
Sent: Thursday, April 4, 2024 4:52 PM
Subject: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-J-A

To: Mr. Palmer
Inmate Work Assignment: n.a.

hello Sir,

attached are my request to unit team about my half way house. I have way past the date of FSA and SCA time credits had they been applied. From what should have been the start of my halfway house mid febuarary to now we are in April and I am still to get a date. I have been lied to, denied due process, misguided with false and inaccurate details, made to sign team but being told its halfway house papers. I was repeatedly told by everyone while I was in SHU that application left Oxford prison sometimes in late feb. I still have not heard anything from anyone. Everyday I am here in prison is unnecessary and contradicts Congress approved laws. This is outright illegal and most cruel and unusual punishment. Oxford has made a mockery out of due process as well by spinning tactics leaving me hopeless reaching region and local courts with 2241. By the time I exhaust admin remedy and reach higher courts, I will have lost well earned good time credits from FSA and SCA.

Kindly update me on my date and guide me on how I can resolve this problem as soon as possible to be near my family and help my old mother by providing financial and medical support that she really needs.
-----PATEL, SAHIL on 4/2/2024 7:43 PM wrote:

>

Hello Sirs,

My FSA and second chance act time have not been properly calculated towards my halfway house. 440 days I have gained have not been applied. Mr. Winger mentioned that they were mentioned in the process but most certainly not recommended as they should by law. I have asked for BP-8 month ago and was told that only if I don't like the date then go on with it. I should

May 14, 2024

From:

    Mr.Sahil patel
    FBOP ID 71079-066
    Federal correctional Institution
    Oxford:WI-53952

To:

    Mr.wagner
    Associate warden
    FCI-OXFORD
    Oxford, WI-53952

Sub: <u>Humble request and assistance to facilitate RRC/HC confinement
Placement.-Reg,</u>

Dear Associate warden Wagner:-

Good day to you sir. I am approaching today for your assistance on
the following issue(s) to be swiftly resolved and I would be highly
greatful for such assistance and compassion from your side sir.

(1). On or about March 13, 2024, the FCI-OXFORD, Has cleared my
RRC/HC ( Residential Reentry/Home Confinement ) matters and appears
to have sent to New york for further actions.

(2). Please see herewith the enclosed Exhibits in support of the
above stated matters:-

    (i). FSA Time Credit(s) assessment, 460 days as of February 29,
    2024.

    (ii). Summary Re-entry Plan, release method-First step.

    (iii). Recidivism Assessment ( low levels at each category ).

    (iv). Letter/correspondence from "ICE" about "No detainer
    at this time".

(3). Further, I have also cleared the "IHP Process" and upon **completion**.
the FBOP transferred me over 1000 miles away from, to FCI-OXFORD.I
have served over 10 ( ten ) years incident free, having strong
family ties here in the United states, which clearly appears to making
me as an "ideal candidate" for the RRC/HC indeed.

(4). If the FSA/SCA credits would have been properly applied as stated by congress, I should have been at the "halfway house" three ( 3 ) months ago. In fact I have copped out repeatedly, and moved for answers or guidence to no avail. Having no beds allegedly at RRC should not be the reason for my prolonged and "forced incarceration". I can be placed in a Home confinement as   dirceted by the congress, as an alternative relief also.

WHEREFORE, I humbly pray that, you please step in and exercise your authority and assist me for a swift placement either in the residential reentry center and or in the home confinement.

Respectfully submitted this day of May 14, 2024.

Very Truly yours,

71079-066

Mr.Sahil patel
FBOP ID 71079-066
FCI-OXFORD:P.O.Box-1000
Wisconsin-53952

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

---------------------------------------------------------------------------

FROM: 71079066
TO: Associate Warden
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 06/05/2024 10:49:51 AM

To: Mr. Wagner
Inmate Work Assignment: na

dear Sir,

below are my copouts. I also reached out to you two weeks ago. i have been hearing since feb of this year to be patient and let
the system take its course. there is no patient left in me sir, its been over 4 months of being in prison when in all likelihood i
should have been at the halfway house. its so much easier for everyone to say be patient..its another to be in my shoe and feel
what it takes to be in jail for ten years incident free and yet are being forced against the law to be locked up for over 4 months
thousands of miles away from family visits. its been one excuse or the other, classic spin medicines being fed to me since
February of this year. i have been advised not to follow admin remedy and or told to wait til i get my date and if i don't like it then
only file bp8. i am tired of waiting sir, i have not heard anything from unit team or higher ups. RRC were missing my DAL notice
last i was told my case manager two weeks ago when he also said that marshal has sent it. i have also given you an informal
package with details about two weeks ago as well.

Sir, this is about my freedom..my family's well being. what must i do so the law is applied and i m rightfully given the time i have
accumulated via FSA and be sent to either halfway house or home confinement.

PLEASE HELP.
-----PATEL, SAHIL on 6/3/2024 10:27 AM wrote:

>

Dear Sir,

I have been having patient since February of this year when in a fair world, I should have been at a half way house. This is
about my freedom and family, Mine...and if I don't worry about it, whom will?

Last I heard was that RRC were missing my DAL notice when you sent them an email inquiring about my RRC status. Case
manager two weeks ago told me that Marshal has sent that letter. This detainer action letter is on my file yet RRC had to be
reached out to by you after two long months. Who knows there may be another glitch as we still have not heard anything as of
today. Can some one please kindly help me with this situation as its been over 4 months I have spent in prison more where I
should have been back in society close to my family, taking care of my old mother. Every one says to have patients but its so
much easier said then done. Can one imagine after spending a decade in prison, you have to be here additional four more
months at no fault of yours and against the laws applied by Congress? Can someone please HELP me.
-----Unit Management West on 5/6/2024 2:42 PM wrote:

>

Mr. Patel,

Klawitter sent an email to the Residential Re-Entry Manager's office to see what the hang up is. I will let you know when we get
a response.

D. Winger, Unit Manager


From: ~^! PATEL, ~^!SAHIL <71079066@inmatemessage.com>
Sent: Thursday, May 2, 2024 7:12 PM
Subject: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-J-A

To: Mr. Winger
Inmate Work Assignment: N.A

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

---------------------------------------------------------------------------------------------------------

FROM: 71079066
TO: Unit Management West
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 06/28/2024 08:37:29 AM

To: Mr. Winger
Inmate Work Assignment: kitchen

Hello Sir,

It has been very very long since you had asked me to wait til I get my date and if I don't like the date, only then start the admin remedy process. Since March 2024 I have had patient when I should have already been at halfway house. Yesterday I spoke to Sir Warden and asked for my BP-9 to be expedited as it has already been over five months that I have spent in prison longer than FSA and Congress approved law has established. Warden also mentioned that Unit Team would be my allies in this process and you have done all you can including reaching out to RRC in New York, yet to no avail. I am thousands of miles away from home making my social visits near impossible. I have been to IHP BOP location and have resolved my immigration issues, only then I was made to transfer far away from my district being told that I would be at halfway house no sooner the 2/24/2024. We are in July and I still have no date. I have no other options left but to reach court and let them decide my fate. I kindly request that I get my response back of BP-9 as soon as possible so that I can expedite this process. I have decided to follow through with this at higher courts even when I get a date in near future or do not get halfway house at all.
-----PATEL, SAHIL on 6/5/2024 10:49 AM wrote:

>

dear Sir,

below are my copouts. I also reached out to you two weeks ago. i have been hearing since feb of this year to be patient and let the system take its course. there is no patient left in me sir, its been over 4 months of being in prison when in all likelihood i should have been at the halfway house. its so much easier for everyone to say be patient..its another to be in my shoe and feel what it takes to be in jail for ten years incident free and yet are being forced against the law to be locked up for over 4 months thousands of miles away from family visits. its been one excuse or the other, classic spin medicines being fed to me since february of this year. i have been advised not to follow admin remedy and or told to wait til i get my date and if i don't like it then only file bp8. i am tired of waiting sir, i have not heard anything from unit team or higher ups. RRC were missing my DAL notice last i was told my case manager two weeks ago when he also said that marshal has sent it. i have also given you an informal package with details about two weeks ago as well.

Sir, this is about my freedom..my family's well being. what must i do so the law is applied and i m rightfully given the time i have accumulated via FSA and be sent to either halfway house or home confinement.

PLEASE HELP.
-----PATEL, SAHIL on 6/3/2024 10:27 AM wrote:

>

Dear Sir,

I have been having patient since February of this year when in a fair world, I should have been at a half way house. This is about my freedom and family, Mine...and if I don't worry about it, whom will?

Last I heard was that RRC were missing my DAL notice when you sent them an email inquiring about my RRC status. Case manager two weeks ago told me that Marshal has sent that letter. This detainer action letter is on my file yet RRC had to be reached out to by you after two long months. Who knows there may be another glitch as we still have not heard anything as of today. Can some one please kindly help me with this situation as its been over 4 months I have spent in prison more where I should have been back in society close to my family, taking care of my old mother. Every one says to have patients but its so much easier said then done. Can one imagine after spending a decade in prison, you have to be here additional four more months at no fault of yours and against the laws applied by Congress? Can someone please HELP me.
-----Unit Management West on 5/6/2024 2:42 PM wrote:

TRULINCS  71079066 - PATEL, SAHIL - Unit: OXF-A-A

---------------------------------------------------------------------------------

FROM: 71079066
TO: Associate Warden
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 07/09/2024 09:01:04 AM

To: Sir Warden
Inmate Work Assignment: kitchen

Sir I have followed all proper chain of command with my request. I have also spoken to you in person about it. With respect, Halfway house and or Home confinement is an established law now and not a privledge. Under FSA, BOP and Gov't agencies are obligated to strictly follow the law. Staff should not be able to ignore the language of the law, and those who do are acting outside the scope of their employment, and as a result have no immunity from prisoner seeking higher courts.

I have formally tried to resolve this matter in many ways for past four months. A month ago, I gave associate warden all the relevent documents showing the FSA days accumulated and halfway house/home confinement should have been granted sometimes in March. We are in July and I am still awaiting to hear from RRC. I have spent over five months longer in prison against Congress established law.

Even though Unit team (Specially Mr. Winger) have done all he could to reach out to RRC and have been my allies in this matter. Having said that though, it is my freedom and my family at stake and I have been mistreated time and again by most outrageous judicial administrative remedy process, with my religion and now with my halfway house. For last four years, diet according to my faith has not been provided and admin remedy process has taken an emotional, most constant depressive state result. I have admin remedy for RRC matter and knowing well its futile as I have already spent over five months (and still serving) longer in prison, getting BP-9 response back admitting or giving me a reason why, so I can get to BP 10 is disheartening. I am seeking a sensitive BP-10 to override this unfair procedures knowing well that time has already been over spent. For the sake of my old mother's health and my freedom, I must go to court with 2241 motion as I have no patient left in me with and I swear for the last FOUR months, all I have done is been patient seeking communication with each dept. that is responsible for RRC placement to no avail.
-----PATEL, SAHIL on 6/3/2024 10:27 AM wrote:

>

Dear Sir,

I have been having patient since February of this year when in a fair world, I should have been at a half way house. This is about my freedom and family, Mine...and if I don't worry about it, whom will?

Last I heard was that RRC were missing my DAL notice when you sent them an email inquiring about my RRC status. Case manager two weeks ago told me that Marshal has sent that letter. This detainer action letter is on my file yet RRC had to be reached out to by you after two long months. Who knows there may be another glitch as we still have not heard anything as of today. Can some one please kindly help me with this situation as its been over 4 months I have spent in prison more where I should have been back in society close to my family, taking care of my old mother. Every one says to have patients but its so much easier said then done. Can one imagine after spending a decade in prison, you have to be here additional four more months at no fault of yours and against the laws applied by Congress? Can someone please HELP me.
-----Unit Management West on 5/6/2024 2:42 PM wrote:

>

Mr. Patel,

Klawitter sent an email to the Residential Re-Entry Manager's office to see what the hang up is. I will let you know when we get a response.

D. Winger, Unit Manager

---

From: ~^! PATEL, ~^!SAHIL <71079066@inmatemessage.com>
Sent: Thursday, May 2, 2024 7:12 PM
Subject: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-J-A

TRULINCS  71079066 - PATEL, SAHIL - Unit: OXF-A-A

-----------------------------------------------------------------------------------------------------

FROM: 71079066
TO: Unit Management West
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 07/23/2024 07:25:14 PM

To: Mr. Winger, Mr. Kliwitter
Inmate Work Assignment: kitchen

Sirs,

Since February I have kept asking how many days have I been recommended. I am not going to throw any officials under the bus but those who know the procedure and have willingly told me how RRC placement works within BOP have informed me that RRC on most occasions honor what the unit team recommends. I have been begging for this answer though its clear on my program review page that as per the SCA, up to 180 days are recommended. There is not a single mention of anything FSA related of 445 days.

The date has come which is November and as those whom know the RRC placement and told me so the facts, are clear and obvious now. RRC has granted me what unit team has recommended which is 180 days. Six months is most ridiculous recommendation considering how so many from this unit have pissed dirty, got written up, served less time than I have yet got one year of RRC placement. Far from worst is the ordeal that I have been through since Feb, getting spin medications. I was assured by you Mr. Winger that you would consider giving me BP8 if and only when the date comes and I don't like it. I waited and waited for as long as I can til I got fed up and chose to take admin. remedy route. Now that I have reached bp9, I am given a date in November. I most certainly with respect deny these recommendation and would urge anyone whom can to make things right and grant me everything I have gained as of now. PLEASE RESUBMIT AS SOON AS POSSIBLE with all FSA earned time credits. A law has been broken and instead of owning up to it, FCI OXFORD has chosen to double down. I will not stand unjust as knowingly letting those ridicule my freedom. How is this most cruel punishment are served? BOP staff is over riding Judges, Congress and keeping people (YES PEOPLE NOT ANIMALS) away from families? and then instead of trying to fix it, delay on purpose? intimidate?

I am not at all satisfied with how this whole process has panned out. I am mentally sick, paranoid, depressed and in need of serious counseling. A Congress approved law has been broken by individuals wearing a uniform, had I done half of this? I would have received a sentence enhancement of years.

PLEASE GET ME HOME TO MY FAMILY ASAP. PLEASE DO NOT PURPOSEFULLY DELAY MY ADMIN REMEDY PROCESS.

RESPECTFULLY,

TRULINCS  71079066 - PATEL, SAHIL - Unit: OXF-A-A

--------------------------------------------------------------------------------------

FROM: 71079066
TO: Unit Management West
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 07/25/2024 02:03:43 PM

To: Mr. Winger
Inmate Work Assignment: kitchen

Hello Mr. Winger,

I just got done with my team review today. I finally was given the facts, the actual documents that says how many days were recommended by Unit team.

Its clear as a day that you have only recommended 151-180 days. You ASSUME by mentioning 445 days of FTC is enough but RRC may or may not honor those earned days, they do not decide nor have the authority to recommend days/months/years given. Its an independent agency working under BOP. I was told by Mr. Kliwitter that Unit team can only mention the days and that RRC decides weather to grant those FTC days or not. THAT IS A LIE. Institutional Referral for CCC Placement Line 3 clearly says, recommended (only one): a. 151-180 , or b. Date. There are plenty of inmates here at this prison whom have got over 2 years of RRC placement. 3 months serving a year of sentence in this unit. One whole year for serving six years of sentence to another in this unit. I have served over 10 years incident free. This is just plain cruel and most outrageouse punishment served to me by unit team.

If Unit team had recommended SCA and FSA combined days as the law says, then either 600 days should have been mentioned or date in March in all fairness on the CCC placement form. You have disregarded FSA and have prolonged my admin remedy procedure all the while keeping me locked in prison, away from my family. This is plain wrong and unjust. Instead of owning up to your actions, Oxford is instead doubling down. I repeat, Kindly fix this and get me where I belong. You are playing god by keeping me locked up here when I should have been near my old mother, finished with my dad's last rites. This is unfair as you have dragged this issue since March assuring me that I will where I am supposed to be soon. This is not RRC's failure, they have given the date as you have recommended. DO NOT BLAME RRC or point fingers else where. Mistake has been made, please rectify it or atleats make an attempt to fix it. I promise you Sir, I am going to go on hunger strike for this evil, unjust action. LOCK ME UP IN A SHU, KILL ME. Wrong has been done and someone is in PRISON because of it for last four months and will be for another three. ITS ON YOU sir if anything happens to me.

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

---------------------------------------------------------------------------------------------------

FROM: 71079066
TO: Unit Management West
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 07/23/2024 11:05:26 AM

To: Mr. Kliwitter, Mr. Winger, Mr. Palmer
Inmate Work Assignment: kitchen

Date July 16th, 2024.

I just received my BP 9 back from warden's office asking me to rewrite my issues/concerns on a bp9 form instead of typed up separate paper as I had ran out of space on bp9 form. Also, it was handed last week in person, collected dust for a week and was stamped by warden's legal dept. on July 16th.

These deliberate actions to delay and prevent me from going to court regarding my RRC are harsh and uncalled for.

Lets make somethings very clear officers. RRC do not decide how many days/months/years inmates get for halfway house. Most ordinarily Unit team recommends it and RRC honors it. I have been asking since February of 2024, "how many days have I been recommended by Unit team?" I kept getting a vague answer every week by different dept.. instead of facts. Its clear as a day on my team review page that I have been recommended up to 180 days via SCA and HAVE GAINED 445 days of FTC gained. Nothing there suggest that unit team have recommended everything combined as the law says. Unit team/CMC failed to recommend everything I have gained via FSA and then delayed the administrative remedy process deliberately to keep me from reaching higher courts.

I have been lied to, misled, spun, pushed in a corner. I have been tactfully denied by being told that once the halfway house date comes and if I don't like it, only then submit bp8 to start admin remedy in February. Gentlemen, we are in mid July and the date has come which is November. This proves that I was lied to and deliberately being spun to prevent me from reaching courts. I deserve everything I have gained via FSA and they SHALL be applied, not may be applied.

Each day I spend in prison since March is a day longer I should have not been here, and Unit Team, CMC, Associate Warden and Warden are responsible for this most heinous and vile actions. Oxford, WI and Unit Team have deliberately prevented me from administrative remedy, are still tactfully delaying bp9 all the while keeping me thousands of miles away from family, in prison when according to the law, I should be back in society.

I request immediate transfer to RRC or Home confinement. It it unrealistic that I will get a response back for this request. I am doing everything I can to safeguard my future and I will continue to seek justice and hold those responsible for keeping families away even after paying their debt to society. This unnecessary most cruel and deliberate actions to keep someone in prison longer than the law requires is most SHAMEFUL actions carried out behind a most prestigious uniform in United States.

Respectfully.
-----PATEL, SAHIL on 7/19/2024 11:50 AM wrote:

>

Hello AW Mr. Rosenberg,

We spoke about my RRC placement on monday, I followed up today with you to find out if there are any updates. Sir you said, RRC is discretion and is a privledge. If this is the answer for me spending over 5 months in prison longer than FSA and Congress has approved law dictates, and if 460 days of federal time credits earned are discretionary and FCI Oxford has chosen to not grant me all of it, then Sir I pray why is your law dept holding on to my BP-9. Sir why have I been taken on a spin ride since Feb of 2024 each department telling me wait, have patience and try to resolve it informally instead of taking admin remedy route. Lets put that on the paper and let me move on to the next step.

Its clear as a day that a law has been broken and if at all according to you as you mentioned today that RRC placement is not a law and you hold the power to keep an inmate in prison for over five months then kindly sir just respond to my BP-9 with such facts so I do not waste precious time, spending additional time in prison longer then law requires, be away from my sick mother and family not being able to visit because I am designated thousands of miles away, again disregarding Congress.

I have been through Administrative Remedy judicial merry go round ride before. Response from your dept gets ruled on and

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

---------------------------------------------------------------------------------------------------

FROM: 71079066
TO: Associate Warden
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 07/25/2024 08:20:41 AM

To: Wardens
Inmate Work Assignment: kitchen

Hello Associate Wardens and Hon'r Warden,

My admin remedy again rejected, ruled and printed on march 16th but delivered to me a week later on 24th. This time the
excuse of rejection was to tell me that I must put everything I typed on a bp9 form and resubmit instead of trulincs. WHAT A
JOKE. It is most normal practice when BP-9 form runs out of space, one can add additional paper. I had done the same.
Regardless of the fact, I should have been delivered the rejection notice much sooner than a week later specially when your law
dept asked me to rewrite on bp-9 form. These tactics are deliberate to delay as long as BOP can til I reach court knowing well
that Oxford, WI unit team did not recommend all 460 days of FTC earned and have disregarded the Congress approved law
and played gods.

It is a business and not rehabilitation. This unjust is clear and most obvious. In my case, unit team and higher ups know that
eventually I will win but that is time sensitive. BOP will do everything it can do throw as many road blocks as they can to make
sure I either give up or get delayed months til I reach court for the ruling. Thats just to get me to halfway house or home
confinement, whole another deal holding those responsible and putting a civil action law suit against individual instead of the
system. My road is going to be very very difficult, I swear on my dead father's ashes still awaiting to be scattered as BOP did
not allow me the furlough, I will pursue this injustice til the end because if I sit and do nothing in the face of evil, i will also
become one. I have a heart and family values unlike those whom have no regards to rehabilitation or other's family. Oxford, WI
is ruining families by keeping them away when in all fairness, they should have been back in society. Congress has put in these
laws to save tax payer's money, to keep families together and most importantly to lower the recidivism rate. Actions from this
facility when it comes to hiding deceitful acts by their own employees whom have no regard for the law? Sirs, that is sitting in
the face of EVIL and doing nothing about it. I have begged and begged since February of this year, informally...every step of the
way, having patience, believing in the system..uniform..only to get so so disappointed. I have no faith on individuals that play
gods and take their uniform, job and position for granted. Instead of helping and rehabilitating individuals making sure they get
back to society changed and law abiding citizens, staff here has taken the law into their own hands, played gods and carried out
additional sentences to those whom have done right, worked, paid restitution, been a tutor, helped in every way possible to
officers to insure the safety of the institution, yet only to be disrespected, humiliated and left to admin route making sure to set
enough road blocks on the way.

Gentlemen, I will continue to fight for what is rightfully mine. I am not afraid of retaliation anymore, nor the roadblocks this
facility will throw at me. I will peacefully protest, will send out my entire BP-8/9 pkt to probation, court, congressmen, senators,
region. I will not rest until justice is served and those responsible are held accountable.

Respectfully,
-----PATEL, SAHIL on 7/19/2024 11:50 AM wrote:

>

Hello AW Mr. Rosenberg,

We spoke about my RRC placement on monday, I followed up today with you to find out if there are any updates. Sir you said,
RRC is discretion and is a privledge. If this is the answer for me spending over 5 months in prison longer than FSA and
Congress has approved law dictates, and if 460 days of federal time credits earned are discretionary and FCI Oxford has
chosen to not grant me all of it, then Sir I pray why is your law dept holding on to my BP-9. Sir why have I been taken on a spin
ride since Feb of 2024 each department telling me wait, have patience and try to resolve it informally instead of taking admin
remedy route. Lets put that on the paper and let me move on to the next step.

Its clear as a day that a law has been broken and if at all according to you as you mentioned today that RRC placement is not a
law and you hold the power to keep an inmate in prison for over five months then kindly sir just respond to my BP-9 with such
facts so I do not waste precious time, spending additional time in prison longer then law requires, be away from my sick mother
and family not being able to visit because I am designated thousands of miles away, again disregarding Congress.

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

----------------------------------------------------------------------------------------------------

FROM: 71079066
TO: Associate Warden
SUBJECT: ***Request to Staff*** PATEL, SAHIL, Reg# 71079066, OXF-A-A
DATE: 07/27/2024 12:21:53 PM

To: Mr. Emmerich, Mr. Rosenberg
Inmate Work Assignment: Kitchen

From: Sahil Patel 71079-066
To : Warden Mr. Emmerich
Cc: Associate Warden Mr. Rosenberg
Cc: CMC Mr. Palmer
Cc: Unit Manager Mr. Winger
Cc: Case Manager Mr. Klawiter
Cc: District Judge, Family.

Recent LOPER decision removed the needs for Judicial deference in reviewing the validity of administrative agency's rule making (or Prog. statements), meaning that Judges have the power to set these regulations aside. Court will not set aside any Statute. Even codified agency rule, if blatantly unconstitutional or in conflict with the Clearly-expressed statutory language of Statutes such as First Step Act and Second Chance Act, will be over turned.

Loper decision ultimately will also lead to Bureau staff violating the law subject to individual liability.

Woodley v. Warden, USP Leavenworth, 24-3053-JWL, (USDC, Kansas, May 15th 2024) BOP has 30 days...immediate transfer to RRC.

Doe v. FBOP 23-cv-5965 (AT) (JLC) (USDC, SDNY, 12-28-2023) BOP violated federal statutes by failing to effect...immediate transfer to Prerelease custody.

Ramirez v. Phillips, 2023 WL 8878993, at *4 (E.D. Cal. Dec. 22, 2023) BOP has no discretion....transfer to RRC.

Komando v. FCI Berlin..Detainer with Immigration granted RRC.

Sierra v. Jasquex, 2022 WL 18046701, at *4 (W.D. Wash. Dec. 27th 2022)

Sirs,

This is about my freedom and well being of my family. I do not wish to get good men working for government to get involved with such litigation in civil action lawsuits and other useless hearings, litigation at the cost of tax payer's money instead of running a BOP facility as it should. I am begging you to correct a mistake and get me to close to my family as soon as possible and if you still in your conscious believe this is not a mistake and keeping me in prison for longer than required, playing god, keeping families away, then its EVIL and in my right conscious, I will not stand for. I want to believe this is not deliberate and its either incompetence of one may be two which should be left to courts to decide. But the actions that are happening since I have started BP-9 process (delay admin. remedy, constant surveillance, indirect intimidation, retaliation) is cruel and most unwanted. I am afraid. I am scared. For asking what I have rightfully, lawfully earned. I feel like this institution rather go on a witch hunt, find a fault and lock me away in SHU, take all my FSA credits away and deliberately keep me away from my family. To stand in the face of EVIL with inaction is EVIL itself. I will not be a coward. Know me for what I am at first hand instead of depending on Jailhouse rats testimonies which in most cases starts unnecessary witch hunts.

Respectfully.

*Sent 08/08/24 via*
*EMAIL : FAMILY.*

**TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A**

---------------------------------------------------------------------------------

FROM: 71079066
TO: Bhende, Amrita; Patel, Jay Raj
SUBJECT: Letter to Court
DATE: 07/15/2024 01:24:45 PM


From: Sahil Patel 71079-066
FCI Oxford
P.O. Box 1000
Oxford, WI 53952


To: United States District Court
SDNY
Honorable Judge AKH.
Case # 14-cr-00158

Honorable Judge,

I am writing this letter to inquire about the Amendment 821 motion seeking retroactive application of U.S.S.C's recent amendments. I have emailed via family the motion seeking two points reduction according to the changes in the amendments approx three months ago. I believe I qualify for sentence reduction as Government will agree I was not the leader or an organizer of the scheme. I was under the same impression then as now that accepting an open plea would lead to Fatical hearing which will further establish my role in the scheme of things and my true intent in the criminal activity. I was proven wrong then as now. I do admit I made a mistake, I have owned my doing and accept the responsibility for which was I was sentenced in your honor's court.

I have submitted 821 motion via electronic filing to your honor's chambers months ago. I did have an open case at appeal courts which may have caused this motion to be set aside on a burner. I do not have anything pending at appeals court as I have withdrawn the Compassionate Release motion knowing well that it might hinder me from attempting to reach out with 2 points reduction and lead to months of spending time in prison longer than the recent amendments suggest. I have already spent more time in prison against the Congress approved First Step Act and after rightfully gaining over 460 days of federal time credits towards RRC/HC, I am still in prison thousands miles away from family while my father's ashes await for the religious obligation done by eldest son of the family. My administrative remedy attempts as in past have been met with delay tactics and most outrageous retaliations from BOP. I have tried to resolve RRC matter informally by reaching out to each department at no avail.

I am doing everything I can to get home to family so together we could grieve for my late father and I will not STOP until I have accomplished my duties. I had in past when asked furlough to carry out such obligation had offered to serve out my entire sentence without ever coming to you or anyone asking for relief. That your honor never happened even after you granted furlough. I will not stop and will continue to take every possible steps within the law says to get home as soon as I legally can to serve my old mother and finish my last rites to my departed father.

If your honor believes that I am attempting to throw everything at court hoping something will stick by submitting numerous motions seeking freedom then I want to make myself clear that everything that I have attempted so far is well within my constitutional rights. I have spent more then half of my life here in United States and do not have any one left to go back to India. I have believed as my family that I belong to this country until my federal obligations are done at which point an immigration judge will decide my fate. I do not have a detainer from ICE or DHS. If at all two points 821 motion in your opinion do not apply to me, kindly deny my motion as you have done the rest of them so I can appeal and move on to the next step.

If at all as is its norm with spending so much time in prison, one becomes paranoid, I have too. We over think every situation and of all unseen scenarios. I have been paranoid over my freedom since my father's passing. I have submitted my clemency motion to the President. They have accepted it and its under consideration. If ongoing under consideration clemency stops me from reaching courts to lawfully apply for relief under constitutional changes made retroactively, then I feel I must withdraw clemency as I have already spent time longer in prison then I should have. Receiving a pardon from President after one has spent over 5 months longer in prison against Congress approved law sounds nothing like clemency or pardon. Its torture if at all it is the cause of this court not accepting 821 motion.

Your Honor, I am requesting that you rule on my 821 motion in timely fashion as it is about my freedom. It is about my religious most sacred obligations. It is about my sick mother whom is waiting for his son to properly care for her. I have admitted my

TRULINCS  71079066 - PATEL, SAHIL - Unit: OXF-A-A

---------------------------------------------------------------------------------------------

mistakes, paid for them dearly specially when I could not be there for my father, your punishment of 175 months seem like heaven compared to the hell I have been through since my father's passing. Let me perform what I can only do once in a life time. If I must come back to serve out the remaining sentence so BOP can fill their over flowing coffers as this system is nothing but a business and inmates rarely get rehabilitated, the staff and their judicial authorities without an over watch only makes inmates grow more hateful to authorities and law. I have done everything I can by taking classes, being a tutor, working to pay restitution. Yet, Unit team have not recommended RRC/HC as they should and are actually retaliating instead of resolving an issue. Grant me my religious obligations to be performed and I will serve out the remainder of my time without asking for any relief anymore from anyone. May 25th, 2025 is my final day with only good time credits given to inmate and I promise to serve the entire time if I am given few days with my family at the address I was arrested from which is in my PSR under any restrictions you may feel to set forth. I along with my family will obey all your demands and regulations.

Sincerely,
Sahil Patel.

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

---------------------------------------------------------------------------------------------

FROM: Bhende, Amrita
TO: 71079066
SUBJECT: motion of recent amendment 821, Part B
DATE: 07/23/2024 05:21:03 AM

SAHIL PATEL
Reg. No. 71079-066
Federal Correctional Institution
P O Box 1000
Oxford, Wisconsin 53952


DEFENDANT PRO SE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 14-cr-158 |
| | ) | |
| SAHIL PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S PRO SE MOTION SEEKING RETROACTIVE APPLICATION OF THE UNITED STATES SENTENCING
COMMISSION'S RECENT AMENDMENT 821, PART B

Sahil "Patel," Pro se, respectfully brings his MOTION seeking retroactive application of the United States Commission's
("USSC") recent Amendment 821, Part B, and Patel shows the Court in support as follows:

I PROCEDURAL HISTORY

Pursuant to his guilty pleas, Patel was convicted of conspiracy to commit extortion by impersonating a federal officer in violation
of 18 U.S.C. §1951; conspiracy to pretend to be an officer and employee acting under the authority of the United States in
violation of 18 U.S.C. §912 and 371; conspiracy to commit wire fraud in violation of 18 U.S.C §1343 and 1349; and aggravated
identity theft in violation of 18 U.S.C. &1028A. On July 15, 2015, this Court sentenced Patel to a total of 175 months of
imprisonment. ECF 61. Patel appealed the sentence imposed, but the Second Circuit affirmed this Court's decision. ECF 78;
Patel then attempted to seek relief pursuant to 28 U.S.C. & 2255 in which this court denied on March 22, 2019, ECF 85; and the
Second Circuit declined to issue a Certificate of Appealability thereafter. ECF 91. Patel has since filed three (x3) motions under
18 U.S.C. &3582(c)(1)(A), seeking a reduction in his sentence pursuant to the statue's extraordinary and compelling provisions.
ECF 93, 129, and 131. This Court denied all three of these efforts. ECF 96, 13, and 133.

II ARGUMENT AND AUTHORITY
On November 1, 2023, Congress allowed the passage of several amendments which were proposed by the USSC, of which it's
Amendment 821, Part B, codified at &4C1.1 of the United States Sentencing Guidelines ("Manual"), is the subject of the instant
Motion. Part B of Amendment 821 permits a two-level reduction in a defendant's Base Offense Level for defendants whom were
not assessed any criminal history points from Chapter Four, Part A of the Manual, and whose instant offense did not contain
specified aggravating factors. Section 3582(c)(2) allows a district court to modify a prison sentence where a defendant "has
been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing
Commission...if such a reduction is consistent with applicable policy statements issues by the Sentencing Commission. " U.S. v.
Johnson, 633 F.3d 116, 117 (2nd Cir. 2011) (citing in part 18 U.S.C. &3583 (c)(2)). To authorize a sentence modification under
these provisions, the amendment to the Guidelines must be listed in &1B1.10(d) of the Manual as a retroactively applicable
amendment, and the amendment must in fact have the effect of lower [ing] the defendant's applicable guideline range. &1B1.10
(a)(1) and (2)(B).

The sentencing court found that Patel's conspiracy to extort offense was a Base Offense Level 29, and his impersonation and

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

--------------------------------------------------------------------------------------------------

wire fraud offenses were combined and came to a Base Offense Level of 37. ECF 63 at 31. The court held that under grouping, the higher level of 37 would be Patel's Base Offense Level, and after deducting 3 levels for acceptance of responsibility, his resulting Base Offense Level was 34; and because Patel was assessed zero criminal history points, his guideline range was 151 to 188 months under Criminal History Category I. Id. The Second Circuit held that the district court's finding of "offense level 34 reflected increases based on : more than 250 victims, &2B1.1(b)(2)(C); the loss exceeded $1 million, &2B1.1(b)(1)(l); the conspirators' misrepresentation that they were acting on behalf of FBI and the IRS, &2B1.1(b)(9)(A); and the international dimension of the sophisticated crime, &2B1.1(b)(10)." U.S. v. Patel, 2017 U.S. App. LEXIS 25717 (2nd Cir. 2017). Based on these findings, Patel [is] a ZERO POINT criminal history offender and satisfies all the requirements promulgated in &4C1.1(a)(1) -(10).

The sentencing court sentenced Patel to 151 months of imprisonment for the offenses of impersonation and wire fraud with a consecutive sentence of 24 months for the aggravated identity theft. ECF 61, supra. This was the low end under Base Offense Level 34 and Criminal History Category I. See Chapter Five, Part A of the Manual. Reducing Patel's Base Offense Level by 2-levels under Amendment 821, Part B would place him in Level 32, with a guidelines advisory sentencing range of 121 to 151 months under Criminal History Category I; satisfying the Manual's applicable policy statement which mandates that the retroactive amendment must have the effect of lowering the defendant's applicable guideline range. &1B1.10(a)(2)(B). Thus, this Court may move to the second stage of its analysis, i.e., whether in its discretion, the Court will elect to impose the newly calculated sentence under the amended Guidelines or retain the original sentence after considering the pertinent &3553(a) sentencing factors and any applicable policy statements. See, e.g., U.S. v. Bravo, 203 F. 3d 778, 780 (11th Cir. 2000).

III PATEL'S MITIGATING SENTENCING FACTORS
There is a longstanding tradition in American Law, dating back to the dawn of the Republic, that a judge at sentencing considers the whole person before him or her "as an individual." Concepcion v. U.S., 142 S. Ct. 2389, 2395 (2022)(citing Koon v. U.S., 518 U.S. 81, 113 (1996)). There is also a "long" and "durable" tradition that sentencing judges "enjoy discretion in the sort of information they may consider" at an initial sentencing proceeding. Id. at 2398 (citing Dean v. U.S., 581 U.S. 62, 66 (2017)). In line with this history, federal courts today generally exercise a wide discretion in the source and type of evidence used to craft an appropriate sentence. Id. at 2389 (citing Williams v. New York, 337 U.S. 241, 246 (1949)). Accordingly, a federal judge, in deciding to impose a sentence, "may appropriately conduct an inquiry broad in scope, largely unlimited either as to the kind of information he may consider, or the source from which it may come." Id. at 2399 (citing U.S. v. Tucker, 404 U.S. 443, 446 (1972)). When a defendant appears for sentencing, the sentencing court considers the defendant on that day, [not] on the date of his offense or the date of his conviction." Id. at 2396 (citing Pepper v. U.S., 562 U.S. 476, 492 (2011)). "The discretion federal judges hold at initial sentencing also characterizes sentencing modification hearing." Id. at 2399. "Accordingly, federal courts resentencing individuals whose sentences were vacated on appeal regularly consider evidence of rehabilitation developed after the initial sentencing. Id. at 2400.

Patel has been incarcerated since approximately December 18, 2013. He does not dispute that his offense is a serious offense. Patel is extremely remorseful about his past conduct and actions in these offenses, and he is truly and deeply sorry about his shameful conducts; he again expresses his apologies to the Court, the Community, to the families harmed, as well as his own family. For these reasons, Patel has sought to demonstrate this remorse through his rehabilitative efforts evidenced as previously set out in his last motions seeking a reduction in sentencing under Compassionate Release Motions. See ECF 131 at 29 Ex. 2 and 3. Patel has maintained a pristine disciplinary record and has participated and completed numerous rehabilitative courses. See Id. There is no doubt he [is] a changed and rehabilitated man. The BOP has created a Recidivism Risk Assessment in which Patel has been assessed an extremely low score in which this scientific evidence suggests that the likelihood of Patel reoffending or committing another crime upon his release is highly unlikely. See Id. Thus, Patel respectfully asks this Honorable Court to consider these facts when crafting what sentence to impose herein.

IV. DECLARATION
I, Sahil Patel, do hereby declare under Penalty of Perjury that the forgoing is true, correct and complete to the best of my knowledge and belief.

Executed on July 2, 2024.

Sahil Patel # 71079-066
Federal Correctional Institution
P O Box 1000
Oxford, Wisconsin 53952

TRULINCS 71079066 - PATEL, SAHIL - Unit: OXF-A-A

--------------------------------------------------------------------------------

CERTIFICATE OF FILING

I, Sahil Patel, hereby swear under penalty of perjury, that the forgoing documents were placed in the mailbox at FCI Oxford, certified delivery by USPS, on this 3rd July, in the year 2024.

These documents were sent to:

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The petition is denied as successive. Defendant has already raised, and I have already rejected, the above arguments. Accordingly, this motion is denied. The Clerk of Court shall terminate ECF No. 147.

SO ORDERED.

Dated: 9/10/24              /s/ Alvin K. Hellerstein
New York, New York         ALVIN K. HELLERSTEIN
                           United States District Judge

Sahil Patel # 71079-066
Federal Correctional Institution
P O Box 1000
Oxford, Wisconin 53952



From: MARLA SMITH
71079-066
Federal Correctional In
P.O. Box 1000
Oxford, WI 53952

7022 2410 0000 7378 3473

<>71079-066<>
U S District Court
Hon'r. Judge AKH
500 Pearl ST
SDNY
NEW YORK, NY 10007
United States

JUDGE: A.K.H    CASE: 14-cr-158

USM P3
DNY

The enclosed correspondence was processed through
special mailing procedures for forwarding to you. The
letter has neither been opened nor inspected. If the
writer raises a problem over which this facility has
jurisdiction, you may wish to return the material for
further information or clarification. If the writer
encloses correspondence for forwarding to
another addressee, please return the enclosure to
the above address.

**FEDERAL CORRECTIONAL INSTITUTION**
**OXFORD, Wisconsin 53952**

7/30/24