UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                     :

UNITED STATES OF AMERICA           :

                                                :    **ORDER REGULATING**

                                                :    **PROCEEDINGS**

       - against -                        :

                                                  :    14 Cr. 158 (AKH)

                                                  :

SAHIL PATEL,                              :

                                                  :

                           *Defendant.*   :

                                                  :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:


       Having received Defendant Sahil Patel's motion for early termination of his probation

under 18 U.S.C. § 3564(c), I order the Government to file their opposition brief, if any, no later

than November 14, 2025.


                 SO ORDERED.

Dated:       October 15, 2025                   _____/s/ Alvin K. Hellerstein_____
               New York, New York                ALVIN K. HELLERSTEIN
                                                  United States District Judge